IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT HUNTINGTON

OHIO VALLEY ENVIRONMENTAL
COALITION, INC., et al.,

      Plaintiffs,

      v.                         CIVIL ACTION NO. 3:10-cv-836

INDEPENDENCE COAL COMPANY, INC.,
et al.,

      Defendants.

### Motion for Summary Judgment Exhibit List

1. WV/NPDES Permit WV1016890
2. Second Quarter Discharge Monitoring Reports ("DMRs") for WV/NPDES Permit WV1016890
3. Order No. 47
4. March 8, 2010 Letter from WVDEP to Independence Coal Co.
5. WV/NPDES Permit WV1017152
6. Second Quarter DMRs for WV/NPDES Permit WV1017152
7. Order No. 1066
8. March 8, 2010 Letter from WVDEP to Independence Coal Co.
9. WV/NPDES Permit WV0093912
10. Second Quarter DMRs for WV/NPDES Permit WV0093912
11. Order No. 18
12. March 24, 2010 Letter from WVDEP to Jacks Branch Coal Company
13. Tawney Declaration
14. Bady Declaration
15. Dalporto Declaration
16. Stockman Declaration
17. Gunnoe Declaration
18. Nelson Declaration
19. 60-Day Notice Letter to Independence Coal Co.
20. 60-Day Notice Letter to Jacks Branch Coal Co.
21. Spreadsheet of Violations of WV/NPDES Permit WV1016890
22. Spreadsheet of Violations of WV/NPDES Permit WV1017152
23. Spreadsheet of Violations of WV/NPDES Permit WV0093912
24. Teaney Declaration