

---

west virginia department of environmental protection

---

Division of Water and Waste Management
601 57th Street, SE
Charleston, WV 25304-2345
Phone: (304) 926-0495
Fax:     (304) 926-0497

Joe Manchin III, Governor
Stephanie R. Timmermeyer, Cabinet Secretary
www.wvdep.org

## AMENDED ORDER
## ISSUED UNDER THE
## WATER POLLUTION CONTROL
## WEST VIRGINIA CODE, CHAPTER 22, ARTICLE 11

**TO:**   Independence Coal Company, Inc.
         HC 78, Box 1800
         Madison, West Virginia 25130

**DATE:** April 5, 2007                    **ORDER No.:** 47

**RE:**   WV/NPDES Permit No. WV1016890

    This Amended Order is issued pursuant to the authority vested in the Director of the Division of Water and Waste Management (hereinafter "DWWM") of the Department of Environmental Protection (hereinafter "DEP") under Chapter 22, Article 11, Section 1, et. seq., including but not limited to, Chapter 22, Article 11, Section 6, of the Code of West Virginia to Independence Coal Company, Inc.. It amends and institutes revisions to Order No. 47 issued on April 5, 2005.

### FINDINGS OF FACT

    In support of this Amended Order, the Director hereby finds the following:

1. Permittee owns and operates a treatment system, which discharges pollutants into the Waters of the State.

2. Permittee was issued WVNPDES Water Pollution Control Permit No. WV1016890, on April 5, 2005, for the operation and maintenance of its facilities, and for the discharge of pollutants from these facilities.

PLAINTIFFS' EXHIBIT 3

3. WVNPDES Permit No. WV1016890 prescribes certain effluent limitations and monitoring requirements for selenium.

4. The permittee cannot achieve compliance with the final effluent limitations for selenium. A schedule of compliance is contained herein to implement a phased abatement plan to upgrade the treatment facilities

5. The Environmental Protection Agency (hereinafter "EPA") has concluded that a fish-tissue approach is better than a conventional water concentration approach to protect aquatic life from chronic adverse effects of selenium. EPA has noticed Draft Aquatic Life Criteria for Selenium in the Federal Register dated December 17, 2004, and is seeking scientific information, data and views.

6. DEP has undertaken a study to determine selenium bioaccumulation rates in select Waters of the State. DEP intends to use the results of this study to review the selenium criteria with the most current state of science on selenium toxicity.

In consideration of the above, this Amended Order modifies the final effluent limitations and interim self-monitoring requirements, and requires compliance with the schedule contained herein.

## ORDER OF COMPLIANCE

And now this 5th day of April, 2007, the permittee is hereby ORDERED to comply with the following:

1. Your permit is hereby modified to extend the compliance deadline for your final selenium effluent limitations for three (3) years from the effective date of this Order for the outlets in Attachment A.

2. Comply with the interim self-monitoring and reporting requirements specified in Attachment A until compliance with the Schedule established in Attachment B is attained. The interim selenium self-monitoring requirements are subject to all requirements and conditions of a WVNPDES Water Pollution control Permit.

3. The final selenium effluent limitations and monitoring requirements shall be attained in accordance with the schedule established in Attachment B.

4. Permittee will submit a Status Report to the inspector every six (6) months from the effective date of this Amended Order. The Status Report shall indicate the progress toward completion of the interim requirements and indicate a projected completion date.

Compliance with the terms and conditions of this Amended Order shall not be construed to relieve the permittee of the obligation to comply with the terms and conditions of its WVNPDES Permit or of any applicable State or Federal law. Violation of this Amended Order is a violation of the West Virginia Code Chapter 22, Article 11, and may result in enforcement actions as outlined in the Act.

This Amended Order shall be effective upon receipt.

Lisa A. McClung
Director

Attachments
cc: Regional Office
    Inspector
    Headquarters

A.  **DISCHARGE LIMITATIONS AND MONITORING REQUIREMENTS**

1. The permittee is authorized to discharge from Outlet Number(s) listed below:

2. **EFFLUENT LIMITATIONS AND MONITORING FREQUENCY:** Outlets should be limited and monitored by the permittee as specified below:

| Outlet Number | Effluent Type | Latitude Longitude | Elevation In Feet | EFFLUENT CHARACTERISTICS | Begins | Ends | Quan/Conc | DISCHARGE LIMITATIONS | | | | MONITORING REQUIREMENTS | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Min. Daily | Avg. Monthly | Max. Daily | Units | Measurement Freq. | Sample Type |
| 001 | F | 37°54'54" 81°35'08" | 1600 | Flow | 04/05/2005 | | Quan | Report Only | Report Only | Report Only | GPM | Semi-monthly | Estimated |
| | | | | pH | 04/05/2005 | | Conc | 6.00 | Report Only | 9.00 | Std Units | Semi-monthly | Grab |
| | | | | Total Suspended Solids | 04/05/2005 | | Conc | Report Only | 35.00 | 70.00 | MG/L | Semi-monthly | Grab |
| | | | | Settleable Solids | 04/05/2005 | | Conc | Report Only | Report Only | 0.50 | ML/L* | See Section A of Permit | Grab |
| | | | | Selenium, Total Recoverable | 04/05/2005 | 04/05/2011 | Conc | Report Only | Report Only | Report Only | UG/L | Semi-monthly | Grab |
| | | | | | 04/06/2011 | | Conc | Report Only | 4.70 | 8.20 | UG/L | Semi-monthly | Grab |
| | | | | Iron, Total (As Fe) | 04/05/2005 | | Conc | Report Only | 3.00 | 6.00 | MG/L | Semi-monthly | Grab |
| | | | | Manganese, Total | 04/05/2005 | | Conc | Report Only | 2.00 | 4.00 | MG/L | Semi-monthly | Grab |
| | | | | Aluminum, Total (as Al) | 04/05/2005 | 08/26/2007 | Conc | Report Only | Report Only | Report Only | MG/L | Semi-monthly | Grab |
| | | | | | 08/27/2007 | | Conc | Report Only | 0.08 | 0.14 | MG/L | Semi-monthly | Grab |
| | | | | Aluminum, Dissolved (As AL) | 04/05/2005 | | Conc | Report Only | Report Only | Report Only | MG/L | Semi-monthly | Grab |
| | | (See 3, 4) | | | | | | | | | | | |

PLAINTIFFS' EXHIBIT 3

**Permit No.** WV1016890
**Page** 3 of 13

A. **DISCHARGE LIMITATIONS AND MONITORING REQUIREMENTS**

1. The permittee is authorized to discharge from Outlet Number(s) listed below:

2. **EFFLUENT LIMITATIONS AND MONITORING FREQUENCY:** Outlets should be limited and monitored by the permittee as specified below:

| Outlet Number | Effluent Type | Latitude Longitude | Elevation In Feet | EFFLUENT CHARACTERISTICS | Begins | Ends | Quan/Conc | DISCHARGE LIMITATIONS | | | Units | MONITORING REQUIREMENTS | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Min. Daily | Avg. Monthly | Max. Daily | | Measurement Freq. | Sample Type |
| 007 | F | 37°55'04" 81°35'45" | 1580 | Flow | 04/05/2005 | | Quan | Report Only | Report Only | Report Only | GPM | Semi-monthly | Estimated |
| | | | | pH | 04/05/2005 | | Conc | 6.00 | Report Only | 9.00 | Std Units | Semi-monthly | Grab |
| | | | | Total Suspended Solids | 04/05/2005 | | Conc | Report Only | 35.00 | 70.00 | MG/L | Semi-monthly | Grab |
| | | | | Settleable Solids | 04/05/2005 | | Conc | Report Only | Report Only | 0.50 | ML/L* | See Section A of Permit | Grab |
| | | | | Selenium, Total Recoverable | 04/05/2005 | 04/05/2011 | Conc | Report Only | Report Only | Report Only | UG/L | Semi-monthly | Grab |
| | | | | | 04/06/2011 | | Conc | Report Only | 4.70 | 8.20 | UG/L | Semi-monthly | Grab |
| | | | | Iron, Total (As Fe) | 04/05/2005 | | Conc | Report Only | 3.00 | 6.00 | MG/L | Semi-monthly | Grab |
| | | | | Manganese, Total | 04/05/2005 | | Conc | Report Only | 2.00 | 4.00 | MG/L | Semi-monthly | Grab |
| | | | | Aluminum, Total (as Al) | 04/05/2005 | 08/26/2007 | Conc | Report Only | Report Only | Report Only | MG/L | Semi-monthly | Grab |
| | | | | | 08/27/2007 | | Conc | Report Only | 0.08 | 0.14 | MG/L | Semi-monthly | Grab |
| | | | | Aluminum, Dissolved (As AL) | 04/05/2005 | | Conc | Report Only | Report Only | Report Only | MG/L | Semi-monthly | Grab |
| | | (See 3, 4) | | | | | | | | | | | |

PLAINTIFFS' EXHIBIT 3

A. **DISCHARGE LIMITATIONS AND MONITORING REQUIREMENTS**

1. The permittee is authorized to discharge from Outlet Number(s) listed below:

2. **EFFLUENT LIMITATIONS AND MONITORING FREQUENCY:** Outlets should be limited and monitored by the permittee as specified below:

| Outlet Number | Effluent Type | Latitude Longitude | Elevation In Feet | EFFLUENT CHARACTERISTICS | Begins | Ends | Quan/Conc | DISCHARGE LIMITATIONS | | | | MONITORING REQUIREMENTS | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Min. Daily | Avg. Monthly | Max. Daily | Units | Measurement Freq. | Sample Type |
| 008 | L | 37°54'51" 81°35'20" | 1240 | Flow | 04/05/2005 | | Quan | Report Only | Report Only | Report Only | GPM | Semi-monthly | Estimated |
| | | | | pH | 04/05/2005 | | Conc | 6.00 | Report Only | 9.00 | Std Units | Semi-monthly | Grab |
| | | | | Total Suspended Solids | 04/05/2005 | | Conc | Report Only | 35.00 | 70.00 | MG/L | Semi-monthly | Grab |
| | | | | Settleable Solids | 04/05/2005 | | Conc | Report Only | Report Only | 0.50 | ML/L* | See Section A of Permit | Grab |
| | | | | Selenium, Total Recoverable | 04/05/2005 | 04/05/2011 | Conc | Report Only | Report Only | Report Only | UG/L | Semi-monthly | Grab |
| | | | | | 04/06/2011 | | Conc | Report Only | 4.70 | 8.20 | UG/L | Semi-monthly | Grab |
| | | | | Iron, Total (As Fe) | 04/05/2005 | | Conc | Report Only | 1.42 | 2.46 | MG/L | Semi-monthly | Grab |
| | | | | Manganese, Total | 04/05/2005 | | Conc | Report Only | 1.00 | 1.73 | MG/L | Semi-monthly | Grab |
| | | | | Aluminum, Total (as Al) | 04/05/2005 | 08/26/2007 | Conc | Report Only | Report Only | Report Only | MG/L | Semi-monthly | Grab |
| | | | | | 08/27/2007 | | Conc | Report Only | 0.08 | 0.14 | MG/L | Semi-monthly | Grab |
| | | | | Aluminum, Dissolved (As AL) | 04/05/2005 | | Conc | Report Only | Report Only | Report Only | MG/L | Semi-monthly | Grab |
| | | (See 3, 4) | | | | | | | | | | | |

**PLAINTIFFS' EXHIBIT 3**

Permit No. WV1016890
Page 5 of 13

A. **DISCHARGE LIMITATIONS AND MONITORING REQUIREMENTS**

1. The permittee is authorized to discharge from Outlet Number(s) listed below:

2. **EFFLUENT LIMITATIONS AND MONITORING FREQUENCY:** Outlets should be limited and monitored by the permittee as specified below:

| Outlet Number | Effluent Type | Latitude Longitude | Elevation In Feet | EFFLUENT CHARACTERISTICS | Begins | Ends | Quan/Conc | DISCHARGE LIMITATIONS | | | | MONITORING REQUIREMENTS | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Min. Daily | Avg. Monthly | Max. Daily | Units | Measurement Freq. | Sample Type |
| 015 | L | 37°54'14" 81°35'27" | 1240 | Flow | 04/05/2005 | | Quan | Report Only | Report Only | Report Only | GPM | Semi-monthly | Estimated |
| | | | | pH | 04/05/2005 | | Conc | 6.00 | Report Only | 9.00 | Std Units | Semi-monthly | Grab |
| | | | | Total Suspended Solids | 04/05/2005 | | Conc | Report Only | 35.00 | 70.00 | MG/L | Semi-monthly | Grab |
| | | | | Settleable Solids | 04/05/2005 | | Conc | Report Only | Report Only | 0.50 | ML/L* | See Section A of Permit | Grab |
| | | | | Selenium, Total Recoverable | 04/05/2005 | 04/05/2011 | Conc | Report Only | Report Only | Report Only | UG/L | Semi-monthly | Grab |
| | | | | | 04/06/2011 | | Conc | Report Only | 4.70 | 8.20 | UG/L | Semi-monthly | Grab |
| | | | | Iron, Total (As Fe) | 04/05/2005 | | Conc | Report Only | 1.42 | 2.46 | MG/L | Semi-monthly | Grab |
| | | | | Manganese, Total | 04/05/2005 | | Conc | Report Only | 1.00 | 1.73 | MG/L | Semi-monthly | Grab |
| | | | | Aluminum, Total (as Al) | 04/05/2005 | 08/26/2007 | Conc | Report Only | Report Only | Report Only | MG/L | Semi-monthly | Grab |
| | | | | | 08/27/2007 | | Conc | Report Only | 0.08 | 0.14 | MG/L | Semi-monthly | Grab |
| | | | | Aluminum, Dissolved (As AL) | 04/05/2005 | | Conc | Report Only | Report Only | Report Only | MG/L | Semi-monthly | Grab |
| | | (See 3, 4) | | | | | | | | | | | |

**PLAINTIFFS' EXHIBIT 3**

Permit No. WV1016890
Page 6 of 13

A. **DISCHARGE LIMITATIONS AND MONITORING REQUIREMENTS**

1. The permittee is authorized to discharge from Outlet Number(s) listed below:

2. **EFFLUENT LIMITATIONS AND MONITORING FREQUENCY:** Outlets should be limited and monitored by the permittee as specified below:

| Outlet Number | Effluent Type | Latitude Longitude | Elevation In Feet | EFFLUENT CHARACTERISTICS | Begins | Ends | Quan/ Conc | DISCHARGE LIMITATIONS | | | | MONITORING REQUIREMENTS | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Min. Daily | Avg. Monthly | Max. Daily | Units | Measurement Freq. | Sample Type |
| 029 | F | 37°55'12" 81°35'32" | 1585 | Flow | 04/05/2005 | | Quan | Report Only | Report Only | Report Only | GPM | Semi-monthly | Estimated |
| | | | | pH | 04/05/2005 | | Conc | 6.00 | Report Only | 9.00 | Std Units | Semi-monthly | Grab |
| | | | | Total Suspended Solids | 04/05/2005 | | Conc | Report Only | 35.00 | 70.00 | MG/L | Semi-monthly | Grab |
| | | | | Settleable Solids | 04/05/2005 | | Conc | Report Only | Report Only | 0.50 | ML/L* | See Section A of Permit | Grab |
| | | | | Selenium, Total Recoverable | 04/05/2005 | 04/05/2011 | Conc | Report Only | Report Only | Report Only | UG/L | Semi-monthly | Grab |
| | | | | | 04/06/2011 | | Conc | Report Only | 4.70 | 8.20 | UG/L | Semi-monthly | Grab |
| | | | | Iron, Total (As Fe) | 04/05/2005 | | Conc | Report Only | 3.00 | 6.00 | MG/L | Semi-monthly | Grab |
| | | | | Manganese, Total | 04/05/2005 | | Conc | Report Only | 2.00 | 4.00 | MG/L | Semi-monthly | Grab |
| | | | | Aluminum, Total (as Al) | 04/05/2005 | 08/26/2007 | Conc | Report Only | Report Only | Report Only | MG/L | Semi-monthly | Grab |
| | | | | | 08/27/2007 | | Conc | Report Only | 0.08 | 0.14 | MG/L | Semi-monthly | Grab |
| | | | | Aluminum, Dissolved (As AL) | 04/05/2005 | | Conc | Report Only | Report Only | Report Only | MG/L | Semi-monthly | Grab |
| | | (See 3, 4) | | | | | | | | | | | |

PLAINTIFFS' EXHIBIT 3

**ATTACHMENT B**
**SCHEDULE OF COMPLIANCE**

| Interim Requirement | Compliance Date |
|---|---|
| 1. Schedule a meeting with your regional permit supervisor and inspector to discuss the applicability of the special material-handling plan and conceptual plan(s) for the treatment of selenium, including any pilot scale treatment system. | On or before four (4) months from the effective date of this Amended Order. |
| 2. Submit a Status Report to the inspector. | Every six (6) months from the effective date of this Amended Order. |
| 3. <u>Surface mines only.</u> Submit a special material-handling plan for selenium if one (1) or more years of coal extraction remain. The plan shall be submitted to the regional office for approval and shall detail the measures and steps to isolate the selenium producing material. The plan shall be considered a revision to the Surface Mining Permit and be implemented upon approval. | On or before six (6) months of the effective date of this Amended Order. |
| 4. Submit a treatment plan detailing designs and appurtenances to prevent the discharge of selenium in concentrations greater than the final selenium effluent limitations. The plan shall be submitted to the regional office for approval. The plan shall be considered a revision to the Surface Mining Permit and modification to the NPDES Permit. | On or before twelve (12) months of the effective date of this Amended Order. |
| 5. Commence construction and/or installation of the treatment facilities and/or pilot scale treatment system. | On or before eighteen (18) months of the effective date of this Amended Order |
| 6. Complete installation or construction of the treatment facilities, and achieve compliance with the final selenium effluent limitations. | On or before thirty-six (36) months of the effective date of this Amended Order. |

**PLAINTIFFS' EXHIBIT 3**

## **RIGHT TO APPEAL**

Notice is hereby given of your right to appeal the terms and conditions of this agency action as provided under West Virginia Code § 22-11-21. Pursuant to the provisions of § 22B-1-7(c), a person subject to this action (permittee) may file an appeal to the Environmental Quality Board (EQB) within 30 days of being served notice of such agency action. For other parties (citizens) adversely affected or aggrieved by this action, an appeal may be filed to the EQB within 30 days after the date upon which service was complete to the subject person "(permittee)". Such Notice of Appeal shall be sent to the EQB on the form prescribed by the Board.

West Virginia Environmental Quality Board
601 57th Street, SE
Charleston, West Virginia 25304

**PLAINTIFFS' EXHIBIT 3**