# WVDEP - Office of Hydrologic Protection Unit (OMR)
## DISCHARGE MONITORING REPORT

Covering the period from April 1, 2010 to July 1, 2010. and Sampler = "Lab"
( 2 )Permit ID = "WV1017152"

| Responsible Party | Permit Id | Insp. Unit | Chemical EPA | Report Date | DMR Type | Quantity Min. | Avg. | Max. | Unit | Concentration Min. | Avg. | Max. | Unit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Independence Coal Com | WV1017152 | 001 | | 04/30/2010 | No Flow | | | | | | | | |
| | | | | 05/31/2010 | No Flow | | | | | | | | |
| | | | | 06/30/2010 | No Flow | | | | | | | | |
| Independence Coal Com | WV1017152 | 002 | | 04/30/2010 | No Flow | | | | | | | | |
| | | | | 05/31/2010 | No Flow | | | | | | | | |
| | | | | 06/30/2010 | No Flow | | | | | | | | |
| Independence Coal Com | WV1017152 | 003 | | 04/30/2010 | No Flow | | | | | | | | |
| | | | | 05/31/2010 | No Flow | | | | | | | | |
| | | | | 06/30/2010 | No Flow | | | | | | | | |
| Independence Coal Com | WV1017152 | 004 | | 04/30/2010 | No Flow | | | | | | | | |
| | | | | 05/31/2010 | No Flow | | | | | | | | |
| | | | | 06/30/2010 | No Flow | | | | | | | | |
| Independence Coal Com | WV1017152 | 005 | | 04/30/2010 | No Flow | | | | | | | | |
| | | | | 05/31/2010 | No Flow | | | | | | | | |
| | | | | 06/30/2010 | No Flow | | | | | | | | |
| Independence Coal Com | WV1017152 | 005 | 00058 - Flow | 05/31/2010 | Normal | 0 | 1 | 1 | GPM | | | | |
| Independence Coal Com | WV1017152 | 005 | 00400 - pH | 05/31/2010 | Normal | | | | | 7.2 | 7.2 | 7.2 | Std Units |
| Independence Coal Com | WV1017152 | 005 | 00530 - Total Suspended Solids | 05/31/2010 | Normal | | | | | 6 | 6 | 6 | MG/L |
| Independence Coal Com | WV1017152 | 005 | 00981 - Selenium, Total Recover | 05/31/2010 | Normal | | | | | 2.41 | 2.41 | 2.41 | UG/L |
| Independence Coal Com | WV1017152 | 005 | 01045 - Iron, Total (as Fe) | 05/31/2010 | Normal | | | | | 0.2 | 0.2 | 0.2 | MG/L |
| Independence Coal Com | WV1017152 | 005 | 01055 - Manganese, Total (as Mi | 05/31/2010 | Normal | | | | | 0.09 | 0.09 | 0.09 | MG/L |
| Independence Coal Com | WV1017152 | 005 | 01105 - Aluminum, Total (as Al) | 05/31/2010 | Normal | | | | | 0.205 | 0.205 | 0.205 | MG/L |
| Independence Coal Com | WV1017152 | 005 | 01106 - Aluminum, Diss. (as Al) | 05/31/2010 | Normal | | | | | < 0.02 | < 0.02 | < 0.02 | MG/L |
| Independence Coal Com | WV1017152 | 006 | | 04/30/2010 | No Flow | | | | | | | | |
| | | | | 05/31/2010 | No Flow | | | | | | | | |
| | | | | 06/30/2010 | No Flow | | | | | | | | |
| Independence Coal Com | WV1017152 | 007 | | 04/30/2010 | No Flow | | | | | | | | |
| | | | | 05/31/2010 | No Flow | | | | | | | | |
| | | | | 06/30/2010 | No Flow | | | | | | | | |
| Independence Coal Com | WV1017152 | 008 | | 04/30/2010 | Not Constructed | | | | | | | | |
| | | | | 05/31/2010 | Not Constructed | | | | | | | | |
| | | | | 06/30/2010 | Not Constructed | | | | | | | | |
| Independence Coal Com | WV1017152 | 009 | | 04/30/2010 | Not Constructed | | | | | | | | |
| | | | | 05/31/2010 | Not Constructed | | | | | | | | |
| | | | | 06/30/2010 | Not Constructed | | | | | | | | |

PLAINTIFFS' EXHIBIT 6

# WVDEP - Office of Hydrologic Protection Unit (OMR)
## DISCHARGE MONITORING REPORT
Covering the period from April 1, 2010 to July 1, 2010. and Sampler = "Lab"
( 2 )Permit ID = "WV1017152"

| Responsible Party | Permit Id | Insp. Unit | Chemical EPA | Report Date | DMR Type | Quantity Min. | Avg. | Max. | Unit | Concentration Min. | Avg. | Max. | Unit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Independence Coal Com | WV1017152 | 010 | | 04/30/2010 | Not Constructed | | | | | | | | |
| Independence Coal Com | WV1017152 | | | 05/31/2010 | Not Constructed | | | | | | | | |
| Independence Coal Com | WV1017152 | | | 06/30/2010 | Not Constructed | | | | | | | | |
| Independence Coal Com | WV1017152 | 011 | | 04/30/2010 | No Flow | | | | | | | | |
| Independence Coal Com | WV1017152 | | | 05/31/2010 | No Flow | | | | | | | | |
| Independence Coal Com | WV1017152 | | | 06/30/2010 | No Flow | | | | | | | | |
| Independence Coal Com | WV1017152 | 012 | | 04/30/2010 | No Flow | | | | | | | | |
| Independence Coal Com | WV1017152 | | | 05/31/2010 | No Flow | | | | | | | | |
| Independence Coal Com | WV1017152 | | | 06/30/2010 | No Flow | | | | | | | | |
| Independence Coal Com | WV1017152 | 013 | 00058 - Flow | 04/30/2010 | Normal | 2 | 3 | 4 | GPM | | | | |
| Independence Coal Com | WV1017152 | | | 05/31/2010 | Normal | 1 | 2 | 2 | GPM | | | | |
| Independence Coal Com | WV1017152 | | | 06/30/2010 | Normal | 2 | 226 | 450 | GPM | | | | |
| Independence Coal Com | WV1017152 | 013 | 00400 - pH | 04/30/2010 | Normal | | | | | 7.3 | 7.4 | 7.5 | Std Units |
| Independence Coal Com | WV1017152 | | | 05/31/2010 | Normal | | | | | 7.7 | 7.8 | 7.9 | Std Units |
| Independence Coal Com | WV1017152 | | | 06/30/2010 | Normal | | | | | 7.5 | 7.6 | 7.7 | Std Units |
| Independence Coal Com | WV1017152 | 013 | 00530 - Total Suspended Solids | 04/30/2010 | Normal | | | | | 3 | 5 | 6 | MG/L |
| Independence Coal Com | WV1017152 | | | 05/31/2010 | Normal | | | | | 2 | 3 | 4 | MG/L |
| Independence Coal Com | WV1017152 | 013 | 00981 - Selenium, Total Recover | 04/30/2010 | Normal | | | | | 3.12 | 3.89 | 4.65 | UG/L |
| Independence Coal Com | WV1017152 | | | 05/31/2010 | Normal | | | | | 2.65 | 2.72 | 2.79 | UG/L |
| Independence Coal Com | WV1017152 | | | 06/30/2010 | Normal | | | | | < 2.00 | 1.30 | 2.59 | UG/L |
| Independence Coal Com | WV1017152 | 013 | 01045 - Iron, Total (as Fe) | 04/30/2010 | Normal | | | | | 0.06 | 0.09 | 0.12 | MG/L |
| Independence Coal Com | WV1017152 | | | 05/31/2010 | Normal | | | | | < 0.05 | 0.05 | 0.1 | MG/L |
| Independence Coal Com | WV1017152 | 013 | 01055 - Manganese, Total (as Mi | 04/30/2010 | Normal | | | | | < 0.02 | < 0.02 | < 0.02 | MG/L |
| Independence Coal Com | WV1017152 | | | 05/31/2010 | Normal | | | | | < 0.02 | 0.02 | 0.03 | MG/L |
| Independence Coal Com | WV1017152 | 013 | 01105 - Aluminum, Total (as Al) | 04/30/2010 | Normal | | | | | < 0.02 | 0.01 | 0.02 | MG/L |
| Independence Coal Com | WV1017152 | | | 05/31/2010 | Normal | | | | | 0.023 | 0.025 | 0.027 | MG/L |
| Independence Coal Com | WV1017152 | 013 | 01106 - Aluminum, Diss. (as Al) | 04/30/2010 | Normal | | | | | < 0.02 | < 0.02 | < 0.02 | MG/L |
| Independence Coal Com | WV1017152 | | | 05/31/2010 | Normal | | | | | < 0.02 | < 0.02 | < 0.02 | MG/L |
| Independence Coal Com | WV1017152 | 014 | 00058 - Flow | 04/30/2010 | Normal | 200 | 200 | 200 | GPM | | | | |
| Independence Coal Com | WV1017152 | | | 05/31/2010 | Normal | 135 | 135 | 135 | GPM | | | | |
| Independence Coal Com | WV1017152 | | | 06/30/2010 | Normal | 0 | 125 | 250 | GPM | | | | |
| Independence Coal Com | WV1017152 | 014 | 00400 - pH | 04/30/2010 | Normal | | | | | 8.2 | 8.3 | 8.4 | Std Units |
| Independence Coal Com | WV1017152 | | | 05/31/2010 | Normal | | | | | 8.1 | 8.3 | 8.4 | Std Units |
| Independence Coal Com | WV1017152 | | | 06/30/2010 | Normal | | | | | 8.3 | 8.3 | 8.3 | Std Units |

**PLAINTIFFS' EXHIBIT 6**

WVDEP - Office of Hydrologic Protection Unit (OMR)
**DISCHARGE MONITORING REPORT**
Covering the period from April 1, 2010 to July 1, 2010. and Sampler = "Lab"
( 2 )Permit ID = "WV1017152"

08/19/2010 14:34
Page 3 of 14

| Responsible Party | Permit Id | Insp. Unit | Chemical EPA | Report Date | DMR Type | Quantity | | | | Concentration | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Min. | Avg. | Max. | Unit | Min. | Avg. | Max. | Unit |
| Independence Coal Com | WV1017152 | 014 | 00530 - Total Suspended Solids | 04/30/2010 | Normal | | | | | < 1 | 5 | 9 | MG/L |
| Independence Coal Com | WV1017152 | 014 | | 05/31/2010 | Normal | | | | | 3 | 3 | 3 | MG/L |
| Independence Coal Com | WV1017152 | 014 | | 06/30/2010 | Normal | | | | | < 1 | < 1 | < 1 | MG/L |
| Independence Coal Com | WV1017152 | 014 | 00981 - Selenium, Total Recover | 04/30/2010 | Normal | | | | | 2.16 | 4.49 | 6.81 | UG/L |
| Independence Coal Com | WV1017152 | 014 | | 05/31/2010 | Normal | | | | | 5.76 | 7.28 | 8.8 | UG/L |
| Independence Coal Com | WV1017152 | 014 | | 06/30/2010 | Normal | | | | | 7.22 | 7.22 | 7.22 | UG/L |
| Independence Coal Com | WV1017152 | 014 | 01045 - Iron, Total (as Fe) | 04/30/2010 | Normal | | | | | < 0.05 | < 0.05 | < 0.05 | MG/L |
| Independence Coal Com | WV1017152 | 014 | | 05/31/2010 | Normal | | | | | < 0.05 | < 0.05 | < 0.05 | MG/L |
| Independence Coal Com | WV1017152 | 014 | | 06/30/2010 | Normal | | | | | 0.07 | 0.07 | 0.07 | MG/L |
| Independence Coal Com | WV1017152 | 014 | 01055 - Manganese, Total (as Mn) | 04/30/2010 | Normal | | | | | < 0.02 | < 0.02 | < 0.02 | MG/L |
| Independence Coal Com | WV1017152 | 014 | | 05/31/2010 | Normal | | | | | < 0.02 | < 0.02 | < 0.02 | MG/L |
| Independence Coal Com | WV1017152 | 014 | | 06/30/2010 | Normal | | | | | 0.03 | 0.03 | 0.03 | MG/L |
| Independence Coal Com | WV1017152 | 014 | 01105 - Aluminum, Total (as Al) | 04/30/2010 | Normal | | | | | 0.047 | 0.052 | 0.057 | MG/L |
| Independence Coal Com | WV1017152 | 014 | | 05/31/2010 | Normal | | | | | 0.055 | 0.058 | 0.061 | MG/L |
| Independence Coal Com | WV1017152 | 014 | | 06/30/2010 | Normal | | | | | 0.088 | 0.088 | 0.088 | MG/L |
| Independence Coal Com | WV1017152 | 014 | 01106 - Aluminum, Diss. (as Al) | 04/30/2010 | Normal | | | | | < 0.02 | < 0.02 | < 0.02 | MG/L |
| Independence Coal Com | WV1017152 | 014 | | 05/31/2010 | Normal | | | | | < 0.02 | < 0.02 | < 0.02 | MG/L |
| Independence Coal Com | WV1017152 | 014 | | 06/30/2010 | Normal | | | | | < 0.020 | < 0.020 | < 0.020 | MG/L |
| Independence Coal Com | WV1017152 | 015 | | 04/30/2010 | No Flow | | | | | | | | |
| Independence Coal Com | WV1017152 | 016 | | 05/31/2010 | No Flow | | | | | | | | |
| Independence Coal Com | WV1017152 | 016 | | 06/30/2010 | No Flow | | | | | | | | |
| Independence Coal Com | WV1017152 | 016 | 00058 - Flow | 04/30/2010 | Normal | 0 | 1 | 2 | GPM | | | | |
| Independence Coal Com | WV1017152 | 016 | | 05/31/2010 | Normal | 1 | 1 | 1 | GPM | | | | |
| Independence Coal Com | WV1017152 | 016 | 00400 - pH | 04/30/2010 | Normal | | | | | 7.3 | 7.3 | 7.3 | Std Units |
| Independence Coal Com | WV1017152 | 016 | | 05/31/2010 | Normal | | | | | 7.2 | 7.3 | 7.3 | Std Units |
| Independence Coal Com | WV1017152 | 016 | 00530 - Total Suspended Solids | 04/30/2010 | Normal | | | | | < 1 | < 1 | < 1 | MG/L |
| Independence Coal Com | WV1017152 | 016 | | 05/31/2010 | Normal | | | | | < 1 | 3 | 5 | MG/L |
| Independence Coal Com | WV1017152 | 016 | 00981 - Selenium, Total Recover | 04/30/2010 | Normal | | | | | < 2 | < 2 | < 2 | UG/L |
| Independence Coal Com | WV1017152 | 016 | | 05/31/2010 | Normal | | | | | < 2 | 1.35 | 2.7 | UG/L |
| Independence Coal Com | WV1017152 | 016 | 01045 - Iron, Total (as Fe) | 04/30/2010 | Normal | | | | | < 0.05 | < 0.05 | < 0.05 | MG/L |
| Independence Coal Com | WV1017152 | 016 | | 05/31/2010 | Normal | | | | | 0.16 | 0.25 | 0.34 | MG/L |
| Independence Coal Com | WV1017152 | 016 | 01055 - Manganese, Total (as Mn) | 04/30/2010 | Normal | | | | | 0.06 | 0.06 | 0.06 | MG/L |
| Independence Coal Com | WV1017152 | 016 | | 05/31/2010 | Normal | | | | | < 0.02 | 0.06 | 0.11 | MG/L |

Case 3:10-cv-00836 Document 15-6 Filed 09/03/10 Page 3 of 14 PageID #: 226

PLAINTIFFS' EXHIBIT 6

```
                                                                          08/19/2010 14:34
                                                                          Page 4 of 14
```

**WVDEP - Office of Hydrologic Protection Unit (OMR)**

**DISCHARGE MONITORING REPORT**

Covering the period from April 1, 2010 to July 1, 2010. and Sampler = "Lab"
( 2 )Permit ID = "WV1017152"

| Responsible Party | Permit Id | Insp. Unit | Chemical EPA | Report Date | DMR Type | Quantity Min. | Avg. | Max. | Unit | Concentration Min. | Avg. | Max. | Unit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Independence Coal Com | WV1017152 | 016 | 01105 - Aluminum, Total (as Al) | 04/30/2010 | Normal | | | | | <0.02 | <0.02 | <0.02 | MG/L |
| Independence Coal Com | WV1017152 | 016 | | 05/31/2010 | Normal | | | | | <0.02 | <0.02 | <0.02 | MG/L |
| Independence Coal Com | WV1017152 | 016 | 01106 - Aluminum, Diss. (as Al) | 04/30/2010 | Normal | | | | | <0.02 | <0.02 | <0.02 | MG/L |
| Independence Coal Com | WV1017152 | 016 | | 05/31/2010 | Normal | | | | | <0.02 | <0.02 | <0.02 | MG/L |
| Independence Coal Com | WV1017152 | 017 | | 04/30/2010 | No Flow | | | | | | | | |
| Independence Coal Com | WV1017152 | 017 | | 05/31/2010 | No Flow | | | | | | | | |
| Independence Coal Com | WV1017152 | 017 | | 06/30/2010 | No Flow | | | | | | | | |
| Independence Coal Com | WV1017152 | 018 | | 04/30/2010 | No Flow | | | | | | | | |
| Independence Coal Com | WV1017152 | 018 | | 05/31/2010 | No Flow | | | | | | | | |
| Independence Coal Com | WV1017152 | 018 | | 06/30/2010 | No Flow | | | | | | | | |
| Independence Coal Com | WV1017152 | 019 | 00058 - Flow | 04/30/2010 | Normal | 40 | 43 | 45 | GPM | | | | |
| Independence Coal Com | WV1017152 | 019 | | 05/31/2010 | Normal | 50 | 50 | 50 | GPM | | | | |
| Independence Coal Com | WV1017152 | 019 | | 06/30/2010 | Normal | 0 | 5 | 10 | GPM | | | | |
| Independence Coal Com | WV1017152 | 019 | 00400 - pH | 04/30/2010 | Normal | | | | | 8.1 | 8.2 | 8.2 | Std Units |
| Independence Coal Com | WV1017152 | 019 | | 05/31/2010 | Normal | | | | | 8 | 8.2 | 8.3 | Std Units |
| Independence Coal Com | WV1017152 | 019 | | 06/30/2010 | Normal | | | | | 8.3 | 8.3 | 8.3 | Std Units |
| Independence Coal Com | WV1017152 | 019 | 00530 - Total Suspended Solids | 04/30/2010 | Normal | | | | | 4 | 8 | 11 | MG/L |
| Independence Coal Com | WV1017152 | 019 | | 05/31/2010 | Normal | | | | | 2 | 2 | 2 | MG/L |
| Independence Coal Com | WV1017152 | 019 | | 06/30/2010 | Normal | | | | | <1 | <1 | <1 | MG/L |
| Independence Coal Com | WV1017152 | 019 | 00981 - Selenium, Total Recover | 04/30/2010 | Normal | | | | | <2 | 3.43 | 6.86 | UG/L |
| Independence Coal Com | WV1017152 | 019 | | 05/31/2010 | Normal | | | | | 5.1 | 7.31 | 9.52 | UG/L |
| Independence Coal Com | WV1017152 | 019 | | 06/30/2010 | Normal | | | | | 8.13 | 8.13 | 8.13 | UG/L |
| Independence Coal Com | WV1017152 | 019 | 01045 - Iron, Total (as Fe) | 04/30/2010 | Normal | | | | | <0.05 | <0.05 | <0.05 | MG/L |
| Independence Coal Com | WV1017152 | 019 | | 05/31/2010 | Normal | | | | | <0.05 | <0.05 | <0.05 | MG/L |
| Independence Coal Com | WV1017152 | 019 | | 06/30/2010 | Normal | | | | | <0.05 | <0.05 | <0.05 | MG/L |
| Independence Coal Com | WV1017152 | 019 | 01055 - Manganese, Total (as Mn) | 04/30/2010 | Normal | | | | | <0.02 | <0.02 | <0.02 | MG/L |
| Independence Coal Com | WV1017152 | 019 | | 05/31/2010 | Normal | | | | | <0.02 | <0.02 | <0.02 | MG/L |
| Independence Coal Com | WV1017152 | 019 | | 06/30/2010 | Normal | | | | | <0.02 | <0.02 | <0.02 | MG/L |
| Independence Coal Com | WV1017152 | 019 | 01105 - Aluminum, Total (as Al) | 04/30/2010 | Normal | | | | | 0.027 | 0.035 | 0.042 | MG/L |
| Independence Coal Com | WV1017152 | 019 | | 05/31/2010 | Normal | | | | | 0.023 | 0.028 | 0.033 | MG/L |
| Independence Coal Com | WV1017152 | 019 | | 06/30/2010 | Normal | | | | | 0.035 | 0.035 | 0.035 | MG/L |
| Independence Coal Com | WV1017152 | 019 | 01106 - Aluminum, Diss. (as Al) | 04/30/2010 | Normal | | | | | <0.02 | <0.02 | <0.02 | MG/L |
| Independence Coal Com | WV1017152 | 019 | | 05/31/2010 | Normal | | | | | <0.02 | <0.02 | <0.02 | MG/L |
| Independence Coal Com | WV1017152 | 019 | | 06/30/2010 | Normal | | | | | <0.020 | <0.020 | <0.020 | MG/L |

**PLAINTIFFS' EXHIBIT 6**

# WVDEP - Office of Hydrologic Protection Unit (OMR)
## DISCHARGE MONITORING REPORT

Covering the period from April 1, 2010 to July 1, 2010. and Sampler = "Lab"
( 2 )Permit ID = "WV1017152"

| Responsible Party | Permit Id | Insp. Unit | Chemical EPA | Report Date | DMR Type | Quantity Min. | Quantity Avg. | Quantity Max. | Unit | Concentration Min. | Concentration Avg. | Concentration Max. | Unit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Independence Coal Com | WV1017152 | 020 | | 04/30/2010 | No Flow | | | | | | | | |
| Independence Coal Com | WV1017152 | 020 | | 05/31/2010 | No Flow | | | | | | | | |
| Independence Coal Com | WV1017152 | 020 | | 06/30/2010 | No Flow | | | | | | | | |
| Independence Coal Com | WV1017152 | 021 | | 04/30/2010 | No Flow | | | | | | | | |
| Independence Coal Com | WV1017152 | 021 | | 05/31/2010 | No Flow | | | | | | | | |
| Independence Coal Com | WV1017152 | 021 | | 06/30/2010 | No Flow | | | | | | | | |
| Independence Coal Com | WV1017152 | 022 | | 04/30/2010 | No Flow | | | | | | | | |
| Independence Coal Com | WV1017152 | 022 | | 05/31/2010 | No Flow | | | | | | | | |
| Independence Coal Com | WV1017152 | 022 | | 06/30/2010 | No Flow | | | | | | | | |
| Independence Coal Com | WV1017152 | 023 | | 04/30/2010 | No Flow | | | | | | | | |
| Independence Coal Com | WV1017152 | 023 | | 05/31/2010 | No Flow | | | | | | | | |
| Independence Coal Com | WV1017152 | 023 | | 06/30/2010 | No Flow | | | | | | | | |
| Independence Coal Com | WV1017152 | 024 | | 04/30/2010 | No Flow | | | | | | | | |
| Independence Coal Com | WV1017152 | 024 | | 05/31/2010 | No Flow | | | | | | | | |
| Independence Coal Com | WV1017152 | 024 | | 06/30/2010 | No Flow | | | | | | | | |
| Independence Coal Com | WV1017152 | 025 | | 04/30/2010 | No Flow | | | | | | | | |
| Independence Coal Com | WV1017152 | 025 | | 05/31/2010 | No Flow | | | | | | | | |
| Independence Coal Com | WV1017152 | 025 | | 06/30/2010 | No Flow | | | | | | | | |
| Independence Coal Com | WV1017152 | 026 | | 04/30/2010 | No Flow | | | | | | | | |
| Independence Coal Com | WV1017152 | 026 | | 05/31/2010 | No Flow | | | | | | | | |
| Independence Coal Com | WV1017152 | 026 | | 06/30/2010 | No Flow | | | | | | | | |
| Independence Coal Com | WV1017152 | 027 | | 04/30/2010 | No Flow | | | | | | | | |
| Independence Coal Com | WV1017152 | 027 | | 05/31/2010 | No Flow | | | | | | | | |
| Independence Coal Com | WV1017152 | 027 | | 06/30/2010 | No Flow | | | | | | | | |
| Independence Coal Com | WV1017152 | 028 | | 04/30/2010 | No Flow | | | | | | | | |
| Independence Coal Com | WV1017152 | 028 | | 05/31/2010 | No Flow | | | | | | | | |
| Independence Coal Com | WV1017152 | 028 | | 06/30/2010 | No Flow | | | | | | | | |
| Independence Coal Com | WV1017152 | 029 | 00058 - Flow | 04/30/2010 | Normal | 10 | 10 | 10 | GPM | | | | |
| Independence Coal Com | WV1017152 | 029 | 00058 - Flow | 05/31/2010 | Normal | 0 | 3 | 5 | GPM | | | | |
| Independence Coal Com | WV1017152 | 029 | 00058 - Flow | 06/30/2010 | Normal | 5 | 8 | 10 | GPM | | | | |
| Independence Coal Com | WV1017152 | 029 | 00400 - pH | 04/30/2010 | Normal | | | | | 7.8 | 7.8 | 7.8 | Std Units |
| Independence Coal Com | WV1017152 | 029 | 00400 - pH | 05/31/2010 | Normal | | | | | 7.7 | 7.7 | 7.7 | Std Units |
| Independence Coal Com | WV1017152 | 029 | 00400 - pH | 06/30/2010 | Normal | | | | | 7.8 | 7.9 | 7.9 | Std Units |
| Independence Coal Com | WV1017152 | 029 | 00530 - Total Suspended Solids | 04/30/2010 | Normal | | | | | 1 | 2 | 2 | MG/L |

**PLAINTIFFS' EXHIBIT 6**

WVDEP - Office of Hydrologic Protection Unit (OMR)
**DISCHARGE MONITORING REPORT**
Covering the period from April 1, 2010 to July 1, 2010. and Sampler = "Lab"
( 2 )Permit ID = "WV1017152"

08/19/2010 14:34
Page 6 of 14

| Responsible Party | Permit Id | Insp. Unit | Chemical EPA | Report Date | DMR Type | Quantity Min. | Quantity Avg. | Quantity Max. | Unit | Concentration Min. | Concentration Avg. | Concentration Max. | Unit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Independence Coal Com | WV1017152 | 029 | 00530 - Total Suspended Solids | 05/31/2010 | Normal | | | | | 2 | 2 | 2 | MG/L |
| Independence Coal Com | WV1017152 | 029 | 00981 - Selenium, Total Recover | 04/30/2010 | Normal | | | | | 16.5 | 20.1 | 23.7 | UG/L |
| | | | | 05/31/2010 | Normal | | | | | < 2 | < 2 | < 2 | UG/L |
| | | | | 06/30/2010 | Normal | | | | | 9.57 | 12.8 | 16.1 | UG/L |
| Independence Coal Com | WV1017152 | 029 | 01045 - Iron, Total (as Fe) | 04/30/2010 | Normal | | | | | < 0.05 | < 0.05 | < 0.05 | MG/L |
| | | | | 05/31/2010 | Normal | | | | | < 0.05 | < 0.05 | < 0.05 | MG/L |
| Independence Coal Com | WV1017152 | 029 | 01055 - Manganese, Total (as Mn) | 04/30/2010 | Normal | | | | | < 0.02 | < 0.02 | < 0.02 | MG/L |
| | | | | 05/31/2010 | Normal | | | | | < 0.02 | < 0.02 | < 0.02 | MG/L |
| Independence Coal Com | WV1017152 | 029 | 01105 - Aluminum, Total (as Al) | 04/30/2010 | Normal | | | | | < 0.02 | 0.011 | 0.022 | MG/L |
| | | | | 05/31/2010 | Normal | | | | | < 0.02 | < 0.02 | < 0.02 | MG/L |
| Independence Coal Com | WV1017152 | 029 | 01106 - Aluminum, Diss. (as Al) | 04/30/2010 | Normal | | | | | < 0.02 | < 0.02 | < 0.02 | MG/L |
| | | | | 05/31/2010 | Normal | | | | | < 0.02 | < 0.02 | < 0.02 | MG/L |
| Independence Coal Com | WV1017152 | 030 | | 04/30/2010 | No Flow | | | | | | | | |
| | | | | 05/31/2010 | No Flow | | | | | | | | |
| | | | | 06/30/2010 | No Flow | | | | | | | | |
| Independence Coal Com | WV1017152 | 031 | 00058 - Flow | 04/30/2010 | Normal | 90 | 95 | 100 | GPM | | | | |
| | | | | 05/31/2010 | Normal | 90 | 90 | 90 | GPM | | | | |
| | | | | 06/30/2010 | Normal | 75 | 83 | 90 | GPM | | | | |
| Independence Coal Com | WV1017152 | 031 | 00400 - pH | 04/30/2010 | Normal | | | | | 8.1 | 8.2 | 8.2 | Std Units |
| | | | | 05/31/2010 | Normal | | | | | 8.1 | 8.2 | 8.2 | Std Units |
| | | | | 06/30/2010 | Normal | | | | | 8.1 | 8.1 | 8.1 | Std Units |
| Independence Coal Com | WV1017152 | 031 | 00530 - Total Suspended Solids | 04/30/2010 | Normal | | | | | 1 | 6 | 10 | MG/L |
| | | | | 05/31/2010 | Normal | | | | | 2 | 2 | 2 | MG/L |
| | | | | 06/30/2010 | Normal | | | | | 2 | 3 | 4 | MG/L |
| Independence Coal Com | WV1017152 | 031 | 00981 - Selenium, Total Recover | 04/30/2010 | Normal | | | | | 7.34 | 10.4 | 13.5 | UG/L |
| | | | | 05/31/2010 | Normal | | | | | 4.2 | 4.92 | 5.63 | UG/L |
| | | | | 06/30/2010 | Normal | | | | | 6.62 | 7.04 | 7.45 | UG/L |
| Independence Coal Com | WV1017152 | 031 | 01045 - Iron, Total (as Fe) | 04/30/2010 | Normal | | | | | < 0.05 | < 0.05 | < 0.05 | MG/L |
| | | | | 05/31/2010 | Normal | | | | | < 0.05 | < 0.05 | < 0.05 | MG/L |
| | | | | 06/30/2010 | Normal | | | | | < 0.05 | 0.09 | 0.18 | MG/L |
| Independence Coal Com | WV1017152 | 031 | 01055 - Manganese, Total (as Mn) | 04/30/2010 | Normal | | | | | < 0.02 | < 0.02 | < 0.02 | MG/L |
| | | | | 05/31/2010 | Normal | | | | | < 0.02 | < 0.02 | < 0.02 | MG/L |
| | | | | 06/30/2010 | Normal | | | | | < 0.02 | 0.04 | 0.07 | MG/L |
| Independence Coal Com | WV1017152 | 031 | 01105 - Aluminum, Total (as Al) | 04/30/2010 | Normal | | | | | 0.024 | 0.045 | 0.066 | MG/L |

PLAINTIFFS' EXHIBIT 6

**WVDEP - Office of Hydrologic Protection Unit (OMR)**
**DISCHARGE MONITORING REPORT**
Covering the period from April 1, 2010 to July 1, 2010. and Sampler = "Lab"
( 2 )Permit ID = "WV1017152"

| Responsible Party | Permit Id | Insp. Unit | Chemical EPA | Report Date | DMR Type | Quantity Min. | Avg. | Max. | Unit | Concentration Min. | Avg. | Max. | Unit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Independence Coal Com | WV1017152 | 031 | 01105 - Aluminum, Total (as Al) | 05/31/2010 | Normal | | | | | 0.061 | 0.069 | 0.076 | MG/L |
| Independence Coal Com | WV1017152 | 031 | | 06/30/2010 | Normal | | | | | 0.151 | 0.200 | 0.248 | MG/L |
| Independence Coal Com | WV1017152 | 031 | 01106 - Aluminum, Diss. (as Al) | 04/30/2010 | Normal | | | | | < 0.02 | 0.025 | 0.05 | MG/L |
| Independence Coal Com | WV1017152 | 031 | | 05/31/2010 | Normal | | | | | 0.021 | 0.025 | 0.029 | MG/L |
| Independence Coal Com | WV1017152 | 031 | | 06/30/2010 | Normal | | | | | < 0.020 | 0.030 | 0.059 | MG/L |
| Independence Coal Com | WV1017152 | 032 | | 04/30/2010 | No Flow | | | | | | | | |
| Independence Coal Com | WV1017152 | 032 | | 05/31/2010 | No Flow | | | | | | | | |
| Independence Coal Com | WV1017152 | 032 | | 06/30/2010 | No Flow | | | | | | | | |
| Independence Coal Com | WV1017152 | 033 | | 04/30/2010 | No Flow | | | | | | | | |
| Independence Coal Com | WV1017152 | 033 | | 05/31/2010 | No Flow | | | | | | | | |
| Independence Coal Com | WV1017152 | 033 | | 06/30/2010 | No Flow | | | | | | | | |
| Independence Coal Com | WV1017152 | 034 | | 04/30/2010 | No Flow | | | | | | | | |
| Independence Coal Com | WV1017152 | 034 | | 05/31/2010 | No Flow | | | | | | | | |
| Independence Coal Com | WV1017152 | 034 | | 06/30/2010 | No Flow | | | | | | | | |
| Independence Coal Com | WV1017152 | 035 | | 04/30/2010 | No Flow | | | | | | | | |
| Independence Coal Com | WV1017152 | 035 | | 05/31/2010 | No Flow | | | | | | | | |
| Independence Coal Com | WV1017152 | 035 | | 06/30/2010 | No Flow | | | | | | | | |
| Independence Coal Com | WV1017152 | 036 | | 04/30/2010 | No Flow | | | | | | | | |
| Independence Coal Com | WV1017152 | 036 | | 05/31/2010 | No Flow | | | | | | | | |
| Independence Coal Com | WV1017152 | 036 | | 06/30/2010 | No Flow | | | | | | | | |
| Independence Coal Com | WV1017152 | 037 | 00058 - Flow | 04/30/2010 | Normal | 70 | 86 | 102 | GPM | | | | |
| Independence Coal Com | WV1017152 | 037 | | 05/31/2010 | Normal | 70 | 80 | 90 | GPM | | | | |
| Independence Coal Com | WV1017152 | 037 | | 06/30/2010 | Normal | 90 | 90 | 90 | GPM | | | | |
| Independence Coal Com | WV1017152 | 037 | 00400 - pH | 04/30/2010 | Normal | | | | | 7.9 | 8 | 8 | Std Units |
| Independence Coal Com | WV1017152 | 037 | | 05/31/2010 | Normal | | | | | 7.8 | 7.9 | 8 | Std Units |
| Independence Coal Com | WV1017152 | 037 | | 06/30/2010 | Normal | | | | | 7.9 | 8.0 | 8.0 | Std Units |
| Independence Coal Com | WV1017152 | 037 | 00530 - Total Suspended Solids | 04/30/2010 | Normal | | | | | 3 | 6 | 8 | MG/L |
| Independence Coal Com | WV1017152 | 037 | | 05/31/2010 | Normal | | | | | 4 | 4 | 4 | MG/L |
| Independence Coal Com | WV1017152 | 037 | | 06/30/2010 | Normal | | | | | 2 | 6 | 9 | MG/L |
| Independence Coal Com | WV1017152 | 037 | 00981 - Selenium, Total Recover | 04/30/2010 | Normal | | | | | 8.4 | 11.5 | 14.6 | UG/L |
| Independence Coal Com | WV1017152 | 037 | | 05/31/2010 | Normal | | | | | 3.25 | 4.68 | 6.1 | UG/L |
| Independence Coal Com | WV1017152 | 037 | | 06/30/2010 | Normal | | | | | 3.14 | 3.53 | 3.92 | UG/L |
| Independence Coal Com | WV1017152 | 037 | 01045 - Iron, Total (as Fe) | 04/30/2010 | Normal | | | | | < 0.05 | 0.15 | 0.29 | MG/L |
| Independence Coal Com | WV1017152 | 037 | | 05/31/2010 | Normal | | | | | 0.19 | 0.22 | 0.25 | MG/L |

PLAINTIFFS' EXHIBIT 6

# WVDEP - Office of Hydrologic Protection Unit (OMR)
## DISCHARGE MONITORING REPORT

Covering the period from April 1, 2010 to July 1, 2010. and Sampler = "Lab"
( 2 )Permit ID = "WV1017152"

| Responsible Party | Permit Id | Insp. Unit | Chemical EPA | Report Date | DMR Type | Quantity Min. | Avg. | Max. | Unit | Concentration Min. | Avg. | Max. | Unit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Independence Coal Com | WV1017152 | 037 | 01045 - Iron, Total (as Fe) | 06/30/2010 | Normal | | | | | 0.10 | 0.13 | 0.15 | MG/L |
| Independence Coal Com | WV1017152 | 037 | 01055 - Manganese, Total (as M | 04/30/2010 | Normal | | | | | < 0.02 | 0.05 | 0.09 | MG/L |
| Independence Coal Com | WV1017152 | 037 | | 05/31/2010 | Normal | | | | | 0.06 | 0.08 | 0.09 | MG/L |
| Independence Coal Com | WV1017152 | 037 | | 06/30/2010 | Normal | | | | | 0.03 | 0.06 | 0.09 | MG/L |
| Independence Coal Com | WV1017152 | 037 | 01105 - Aluminum, Total (as Al) | 04/30/2010 | Normal | | | | | 0.02 | 0.071 | 0.121 | MG/L |
| Independence Coal Com | WV1017152 | 037 | | 05/31/2010 | Normal | | | | | 0.053 | 0.055 | 0.057 | MG/L |
| Independence Coal Com | WV1017152 | 037 | | 06/30/2010 | Normal | | | | | 0.038 | 0.041 | 0.043 | MG/L |
| Independence Coal Com | WV1017152 | 037 | 01106 - Aluminum, Diss. (as Al) | 04/30/2010 | Normal | | | | | < 0.02 | 0.027 | 0.054 | MG/L |
| Independence Coal Com | WV1017152 | 037 | | 05/31/2010 | Normal | | | | | < 0.02 | < 0.02 | < 0.02 | MG/L |
| Independence Coal Com | WV1017152 | 037 | | 06/30/2010 | Normal | | | | | < 0.020 | < 0.020 | < 0.020 | MG/L |
| Independence Coal Com | WV1017152 | 038 | | 04/30/2010 | No Flow | | | | | | | | |
| Independence Coal Com | WV1017152 | 038 | | 05/31/2010 | No Flow | | | | | | | | |
| Independence Coal Com | WV1017152 | 038 | | 06/30/2010 | No Flow | | | | | | | | |
| Independence Coal Com | WV1017152 | 039 | | 04/30/2010 | Not Constructed | | | | | | | | |
| Independence Coal Com | WV1017152 | 039 | | 05/31/2010 | Not Constructed | | | | | | | | |
| Independence Coal Com | WV1017152 | 039 | | 06/30/2010 | Not Constructed | | | | | | | | |
| Independence Coal Com | WV1017152 | 040 | | 04/30/2010 | No Flow | | | | | | | | |
| Independence Coal Com | WV1017152 | 040 | | 06/30/2010 | Normal | | | | | | | | |
| Independence Coal Com | WV1017152 | 040 | 00058 - Flow | 05/31/2010 | Normal | 0 | 1 | 1 | GPM | | | | |
| Independence Coal Com | WV1017152 | 040 | 00400 - pH | 05/31/2010 | Normal | | | | | 7.8 | 7.8 | 7.8 | Std Units |
| Independence Coal Com | WV1017152 | 040 | 00530 - Total Suspended Solids | 05/31/2010 | Normal | | | | | 11 | 11 | 11 | MG/L |
| Independence Coal Com | WV1017152 | 040 | 00981 - Selenium, Total Recover | 05/31/2010 | Normal | | | | | < 2 | < 2 | < 2 | UG/L |
| Independence Coal Com | WV1017152 | 040 | 01045 - Iron, Total (as Fe) | 05/31/2010 | Normal | | | | | 0.19 | 0.19 | 0.19 | MG/L |
| Independence Coal Com | WV1017152 | 040 | 01055 - Manganese, Total (as M | 05/31/2010 | Normal | | | | | 0.05 | 0.05 | 0.05 | MG/L |
| Independence Coal Com | WV1017152 | 040 | 01105 - Aluminum, Total (as Al) | 05/31/2010 | Normal | | | | | 0.207 | 0.207 | 0.207 | MG/L |
| Independence Coal Com | WV1017152 | 040 | 01106 - Aluminum, Diss. (as Al) | 05/31/2010 | Normal | | | | | < 0.02 | < 0.02 | < 0.02 | MG/L |
| Independence Coal Com | WV1017152 | 041 | | 04/30/2010 | No Flow | | | | | | | | |
| Independence Coal Com | WV1017152 | 041 | | 05/31/2010 | No Flow | | | | | | | | |
| Independence Coal Com | WV1017152 | 041 | | 06/30/2010 | No Flow | | | | | | | | |
| Independence Coal Com | WV1017152 | 042 | 00058 - Flow | 04/30/2010 | Normal | 12 | 18 | 25 | GPM | | | | |
| Independence Coal Com | WV1017152 | 042 | | 05/31/2010 | Normal | | 14 | 15 | GPM | | | | |
| Independence Coal Com | WV1017152 | 042 | | 06/30/2010 | Normal | | 7 | 10 | GPM | | | | |
| Independence Coal Com | WV1017152 | 042 | 00400 - pH | 04/30/2010 | Normal | | | | | 7.5 | | 7.7 | Std Units |
| Independence Coal Com | WV1017152 | 042 | | 05/31/2010 | Normal | | | | | 7.2 | 7.2 | 7.7 | Std Units |

**PLAINTIFFS' EXHIBIT 6**

**WVDEP - Office of Hydrologic Protection Unit (OMR)**
**DISCHARGE MONITORING REPORT**
Covering the period from April 1, 2010 to July 1, 2010. and Sampler = "Lab"
( 2 )Permit ID = "WV1017152"

08/19/2010 14:34
Page 9 of 14

| Responsible Party | Permit Id | Insp. Unit | Chemical EPA | Report Date | DMR Type | Quantity Min. | Quantity Avg. | Quantity Max. | Quantity Unit | Concentration Min. | Concentration Avg. | Concentration Max. | Concentration Unit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Independence Coal Com | WV1017152 | 042 | 00400 - pH | 06/30/2010 | Normal | | | | | 7.8 | | 7.9 | Std Units |
| Independence Coal Com | WV1017152 | 042 | 00530 - Total Suspended Solids | 04/30/2010 | Normal | | | | | | 4 | 7 | MG/L |
| Independence Coal Com | WV1017152 | 042 | | 05/31/2010 | Normal | | | | | | 6 | 9 | MG/L |
| Independence Coal Com | WV1017152 | 042 | 00981 - Selenium, Total Recover | 04/30/2010 | Normal | | | | | 14.5 | 18.9 | 23.5 | UG/L |
| Independence Coal Com | WV1017152 | 042 | | 05/31/2010 | Normal | | | | | 14.1 | 17.6 | 21.1 | UG/L |
| Independence Coal Com | WV1017152 | 042 | | 06/30/2010 | Normal | | | | | 11.7 | 13.3 | 14.8 | UG/L |
| Independence Coal Com | WV1017152 | 042 | 01045 - Iron, Total (as Fe) | 04/30/2010 | Normal | | | | | < 0.05 | < 0.05 | < 0.05 | MG/L |
| Independence Coal Com | WV1017152 | 042 | | 05/31/2010 | Normal | | | | | < 0.05 | 0.09 | 0.18 | MG/L |
| Independence Coal Com | WV1017152 | 042 | 01055 - Manganese, Total (as M | 04/30/2010 | Normal | | | | | < 0.02 | < 0.02 | < 0.02 | MG/L |
| Independence Coal Com | WV1017152 | 042 | | 05/31/2010 | Normal | | | | | < 0.02 | 0.05 | 0.09 | MG/L |
| Independence Coal Com | WV1017152 | 042 | 01105 - Aluminum, Total (as Al) | 04/30/2010 | Normal | | | | | < 0.02 | 0.029 | 0.057 | MG/L |
| Independence Coal Com | WV1017152 | 042 | | 05/31/2010 | Normal | | | | | < 0.02 | < 0.02 | < 0.02 | MG/L |
| Independence Coal Com | WV1017152 | 042 | 01106 - Aluminum, Diss. (as Al) | 04/30/2010 | Normal | | | | | < 0.02 | < 0.02 | < 0.02 | MG/L |
| Independence Coal Com | WV1017152 | 042 | | 05/31/2010 | Normal | | | | | < 0.02 | < 0.02 | < 0.02 | MG/L |
| Independence Coal Com | WV1017152 | 043 | | 04/30/2010 | No Flow | | | | | | | | |
| Independence Coal Com | WV1017152 | 043 | | 05/31/2010 | No Flow | | | | | | | | |
| Independence Coal Com | WV1017152 | 043 | | 06/30/2010 | No Flow | | | | | | | | |
| Independence Coal Com | WV1017152 | 044 | | 04/30/2010 | No Flow | | | | | | | | |
| Independence Coal Com | WV1017152 | 044 | | 05/31/2010 | No Flow | | | | | | | | |
| Independence Coal Com | WV1017152 | 044 | | 06/30/2010 | No Flow | | | | | | | | |
| Independence Coal Com | WV1017152 | 046 | 00058 - Flow | 04/30/2010 | Normal | 20 | 25 | 35 | GPM | | | | |
| Independence Coal Com | WV1017152 | 046 | | 05/31/2010 | Normal | 15 | 18 | 20 | GPM | | | | |
| Independence Coal Com | WV1017152 | 046 | | 06/30/2010 | Normal | 10 | 13 | 15 | GPM | | | | |
| Independence Coal Com | WV1017152 | 046 | 00400 - pH | 04/30/2010 | Normal | | | | | 7.4 | 7.6 | 7.8 | Std Units |
| Independence Coal Com | WV1017152 | 046 | | 05/31/2010 | Normal | | | | | 7.6 | 7.7 | 7.8 | Std Units |
| Independence Coal Com | WV1017152 | 046 | | 06/30/2010 | Normal | | | | | 7.7 | 8.0 | 8.3 | Std Units |
| Independence Coal Com | WV1017152 | 046 | 00530 - Total Suspended Solids | 04/30/2010 | Normal | | | | | < 1 | 5 | 10 | MG/L |
| Independence Coal Com | WV1017152 | 046 | | 05/31/2010 | Normal | | | | | 6 | 6 | 6 | MG/L |
| Independence Coal Com | WV1017152 | 046 | 00981 - Selenium, Total Recover | 04/30/2010 | Normal | | | | | 5.81 | 9.67 | 13.9 | UG/L |
| Independence Coal Com | WV1017152 | 046 | | 05/31/2010 | Normal | | | | | 5.45 | 7.88 | 10.3 | UG/L |
| Independence Coal Com | WV1017152 | 046 | | 06/30/2010 | Normal | | | | | 6.19 | 6.22 | 6.25 | UG/L |
| Independence Coal Com | WV1017152 | 046 | 01045 - Iron, Total (as Fe) | 04/30/2010 | Normal | | | | | < 0.05 | 0.14 | 0.27 | MG/L |
| Independence Coal Com | WV1017152 | 046 | | 05/31/2010 | Normal | | | | | < 0.05 | 0.04 | 0.08 | MG/L |
| Independence Coal Com | WV1017152 | 046 | 01055 - Manganese, Total (as M | 04/30/2010 | Normal | | | | | < 0.02 | 0.05 | 0.09 | MG/L |

**PLAINTIFFS' EXHIBIT 6**

**WVDEP - Office of Hydrologic Protection Unit (OMR)**
**DISCHARGE MONITORING REPORT**
Covering the period from April 1, 2010 to July 1, 2010. and Sampler = "Lab"
( 2 )Permit ID = "WV1017152"

08/19/2010 14:34
Page 10 of 14

| Responsible Party | Permit Id | Insp. Unit | Chemical EPA | Report Date | DMR Type | Quantity Min. | Avg. | Max. | Unit | Concentration Min. | Avg. | Max. | Unit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Independence Coal Com | WV1017152 | 046 | 01055 - Manganese, Total (as Mi | 05/31/2010 | Normal | | | | | 0.02 | < 0.02 | < 0.02 | MG/L |
| Independence Coal Com | WV1017152 | 046 | 01105 - Aluminum, Total (as Al) | 04/30/2010 | Normal | | | | | < 0.02 | 0.06 | 0.119 | MG/L |
| | | | | 05/31/2010 | Normal | | | | | 0.025 | 0.03 | 0.035 | MG/L |
| Independence Coal Com | WV1017152 | 046 | 01106 - Aluminum, Diss. (as Al) | 04/30/2010 | Normal | | | | | < 0.02 | < 0.02 | < 0.02 | MG/L |
| | | | | 05/31/2010 | Normal | | | | | < 0.02 | < 0.02 | < 0.02 | MG/L |
| Independence Coal Com | WV1017152 | 048 | | 04/30/2010 | No Flow | | | | | | | | |
| | | | | 05/31/2010 | No Flow | | | | | | | | |
| | | | | 06/30/2010 | No Flow | | | | | | | | |
| Independence Coal Com | WV1017152 | 049 | | 04/30/2010 | No Flow | | | | | | | | |
| | | | | 05/31/2010 | No Flow | | | | | | | | |
| | | | | 06/30/2010 | No Flow | | | | | | | | |
| Independence Coal Com | WV1017152 | 050 | | 04/30/2010 | No Flow | | | | | | | | |
| | | | | 05/31/2010 | No Flow | | | | | | | | |
| | | | | 06/30/2010 | No Flow | | | | | | | | |
| Independence Coal Com | WV1017152 | 051 | | 04/30/2010 | No Flow | | | | | | | | |
| | | | | 05/31/2010 | No Flow | | | | | | | | |
| | | | | 06/30/2010 | No Flow | | | | | | | | |
| Independence Coal Com | WV1017152 | DSLF-1 | 00061 - Stream Flow cfs | 04/30/2010 | Normal | 0.03 | 0.065 | 0.1 | CFS | | | | |
| | | | | 05/31/2010 | Normal | 0.04 | 0.07 | 0.1 | CFS | | | | |
| | | | | 06/30/2010 | Normal | 12.0 | 37.0 | 62.0 | CFS | | | | |
| Independence Coal Com | WV1017152 | DSLF-1 | 00400 - pH | 04/30/2010 | Normal | | | | | 8.6 | 8.8 | 8.9 | Std Units |
| | | | | 05/31/2010 | Normal | | | | | 8.1 | 8.3 | 8.5 | Std Units |
| | | | | 06/30/2010 | Normal | | | | | 8.7 | 8.8 | 8.8 | Std Units |
| Independence Coal Com | WV1017152 | DSLF-1 | 00981 - Selenium, Total Recover | 04/30/2010 | Normal | | | | | < 2 | 1.09 | 2.17 | UG/L |
| | | | | 05/31/2010 | Normal | | | | | < 2 | < 2 | < 2 | UG/L |
| | | | | 06/30/2010 | Normal | | | | | < 2.00 | 1.16 | 2.32 | UG/L |
| Independence Coal Com | WV1017152 | DSLF-1 | 01045 - Iron, Total (as Fe) | 04/30/2010 | Normal | | | | | 0.41 | 0.45 | 0.48 | MG/L |
| | | | | 05/31/2010 | Normal | | | | | 0.13 | 0.25 | 0.36 | MG/L |
| | | | | 06/30/2010 | Normal | | | | | 0.30 | 0.30 | 0.30 | MG/L |
| Independence Coal Com | WV1017152 | DSLF-1 | 01055 - Manganese, Total (as Mi | 04/30/2010 | Normal | | | | | 0.04 | 0.09 | 0.13 | MG/L |
| | | | | 05/31/2010 | Normal | | | | | 0.05 | 0.08 | 0.11 | MG/L |
| | | | | 06/30/2010 | Normal | | | | | 0.09 | 0.14 | 0.19 | MG/L |
| Independence Coal Com | WV1017152 | DSLF-1 | 01105 - Aluminum, Total (as Al) | 04/30/2010 | Normal | | | | | 0.129 | 0.15 | 0.171 | MG/L |
| | | | | 05/31/2010 | Normal | | | | | 0.158 | 0.18 | 0.201 | MG/L |

**PLAINTIFFS' EXHIBIT 6**

08/19/2010 14:34
Page 11 of 14

## WVDEP - Office of Hydrologic Protection Unit (OMR)
## DISCHARGE MONITORING REPORT
Covering the period from April 1, 2010 to July 1, 2010. and Sampler = "Lab"
( 2 )Permit ID = "WV1017152"

| Responsible Party | Permit Id | Insp. Unit | Chemical EPA | Report Date | DMR Type | Quantity Min. | Quantity Avg. | Quantity Max. | Unit | Concentration Min. | Concentration Avg. | Concentration Max. | Unit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Independence Coal Com | WV1017152 | DSLF-1 | 01105 - Aluminum, Total (as Al) | 06/30/2010 | Normal | | | | | 0.082 | 0.173 | 0.264 | MG/L |
| Independence Coal Com | WV1017152 | DSLF-1 | 01106 - Aluminum, Diss. (as Al) | 04/30/2010 | Normal | | | | | 0.066 | 0.076 | 0.086 | MG/L |
| | | | | 05/31/2010 | Normal | | | | | 0.04 | 0.076 | 0.112 | MG/L |
| | | | | 06/30/2010 | Normal | | | | | 0.054 | 0.085 | 0.115 | MG/L |
| Independence Coal Com | WV1017152 | DSLF-2 | 00061 - Stream Flow cfs | 04/30/2010 | Normal | 0.04 | 0.075 | 0.11 | CFS | | | | |
| | | | | 05/31/2010 | Normal | 0.051 | 0.081 | 0.11 | CFS | | | | |
| | | | | 06/30/2010 | Normal | 0.022 | 0.089 | 0.156 | CFS | | | | |
| Independence Coal Com | WV1017152 | DSLF-2 | 00400 - pH | 04/30/2010 | Normal | | | | | 8 | 8.3 | 8.6 | Std Units |
| | | | | 05/31/2010 | Normal | | | | | 8.1 | 8.4 | 8.6 | Std Units |
| | | | | 06/30/2010 | Normal | | | | | 8.7 | 8.8 | 8.8 | Std Units |
| Independence Coal Com | WV1017152 | DSLF-2 | 00981 - Selenium, Total Recover | 04/30/2010 | Normal | | | | | <2 | 2.01 | 4.02 | UG/L |
| | | | | 05/31/2010 | Normal | | | | | <2 | <2 | <2 | UG/L |
| | | | | 06/30/2010 | Normal | | | | | <2.00 | 1.09 | 2.17 | UG/L |
| Independence Coal Com | WV1017152 | DSLF-2 | 01045 - Iron, Total (as Fe) | 04/30/2010 | Normal | | | | | 0.21 | 0.28 | 0.34 | MG/L |
| | | | | 05/31/2010 | Normal | | | | | 0.18 | 0.25 | 0.31 | MG/L |
| | | | | 06/30/2010 | Normal | | | | | 0.08 | 0.17 | 0.26 | MG/L |
| Independence Coal Com | WV1017152 | DSLF-2 | 01055 - Manganese, Total (as Mi | 04/30/2010 | Normal | | | | | 0.06 | 0.08 | 0.09 | MG/L |
| | | | | 05/31/2010 | Normal | | | | | 0.08 | 0.11 | 0.13 | MG/L |
| | | | | 06/30/2010 | Normal | | | | | <0.02 | 0.06 | 0.11 | MG/L |
| Independence Coal Com | WV1017152 | DSLF-2 | 01105 - Aluminum, Total (as Al) | 04/30/2010 | Normal | | | | | 0.124 | 0.132 | 0.14 | MG/L |
| | | | | 05/31/2010 | Normal | | | | | 0.126 | 0.162 | 0.197 | MG/L |
| | | | | 06/30/2010 | Normal | | | | | 0.101 | 0.236 | 0.371 | MG/L |
| Independence Coal Com | WV1017152 | DSLF-2 | 01106 - Aluminum, Diss. (as Al) | 04/30/2010 | Normal | | | | | 0.066 | 0.079 | 0.091 | MG/L |
| | | | | 05/31/2010 | Normal | | | | | 0.04 | 0.06 | 0.079 | MG/L |
| | | | | 06/30/2010 | Normal | | | | | 0.057 | 0.069 | 0.081 | MG/L |
| Independence Coal Com | WV1017152 | DTB | 00061 - Stream Flow cfs | 04/30/2010 | Normal | 0.8 | 0.9 | 1 | CFS | | | | |
| | | | | 05/31/2010 | Normal | 0.73 | 0.865 | 1 | CFS | | | | |
| | | | | 06/30/2010 | Normal | 0.000 | 0.425 | 0.850 | CFS | | | | |
| Independence Coal Com | WV1017152 | DTB | 00400 - pH | 04/30/2010 | Normal | | | | | 7.2 | 7.7 | 8.2 | Std Units |
| | | | | 05/31/2010 | Normal | | | | | 7.1 | 7.7 | 8.2 | Std Units |
| | | | | 06/30/2010 | Normal | | | | | 8.2 | 8.2 | 8.2 | Std Units |
| Independence Coal Com | WV1017152 | DTB | 00981 - Selenium, Total Recover | 04/30/2010 | Normal | | | | | <2 | 3.67 | 7.34 | UG/L |
| | | | | 05/31/2010 | Normal | | | | | <2 | 1.76 | 3.52 | UG/L |
| | | | | 06/30/2010 | Normal | | | | | 5.21 | 5.21 | 5.21 | UG/L |

**PLAINTIFFS' EXHIBIT 6**

WVDEP - Office of Hydrologic Protection Unit (OMR)
**DISCHARGE MONITORING REPORT**
Covering the period from April 1, 2010 to July 1, 2010. and Sampler = "Lab"
( 2 )Permit ID = "WV1017152"

08/19/2010 14:34
Page 12 of 14

| Responsible Party | Permit Id | Insp. Unit | Chemical EPA | Report Date | DMR Type | Quantity Min. | Quantity Avg. | Quantity Max. | Unit | Concentration Min. | Concentration Avg. | Concentration Max. | Unit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Independence Coal Com | WV1017152 | DTB | 01045 - Iron, Total (as Fe) | 04/30/2010 | Normal | | | | | <0.05 | <0.05 | <0.05 | MG/L |
| | | | | 05/31/2010 | Normal | | | | | <0.05 | 0.04 | 0.08 | MG/L |
| | | | | 06/30/2010 | Normal | | | | | <0.05 | <0.05 | <0.05 | MG/L |
| Independence Coal Com | WV1017152 | DTB | 01055 - Manganese, Total (as Mn) | 04/30/2010 | Normal | | | | | <0.02 | 0.02 | 0.04 | MG/L |
| | | | | 05/31/2010 | Normal | | | | | <0.02 | <0.02 | <0.02 | MG/L |
| | | | | 06/30/2010 | Normal | | | | | <0.02 | <0.02 | <0.02 | MG/L |
| Independence Coal Com | WV1017152 | DTB | 01105 - Aluminum, Total (as Al) | 04/30/2010 | Normal | | | | | <0.02 | 0.024 | 0.047 | MG/L |
| | | | | 05/31/2010 | Normal | | | | | 0.022 | 0.042 | 0.061 | MG/L |
| | | | | 06/30/2010 | Normal | | | | | 0.025 | 0.025 | 0.025 | MG/L |
| Independence Coal Com | WV1017152 | DTB | 01106 - Aluminum, Diss. (as Al) | 04/30/2010 | Normal | | | | | <0.02 | <0.02 | <0.02 | MG/L |
| | | | | 05/31/2010 | Normal | | | | | <0.02 | <0.02 | <0.02 | MG/L |
| | | | | 06/30/2010 | Normal | | | | | <0.020 | <0.020 | <0.020 | MG/L |
| Independence Coal Com | WV1017152 | DUBC | 00061 - Stream Flow cfs | 04/30/2010 | Normal | 0.2 | 0.22 | 0.24 | CFS | | | | |
| | | | | 05/31/2010 | Normal | 0.25 | 0.315 | 0.38 | CFS | | | | |
| | | | | 06/30/2010 | Normal | 0.200 | 0.210 | 0.220 | CFS | | | | |
| Independence Coal Com | WV1017152 | DUBC | 00400 - pH | 04/30/2010 | Normal | | | | | 8 | 8.2 | 8.3 | Std Units |
| | | | | 05/31/2010 | Normal | | | | | 8.2 | 8.3 | 8.3 | Std Units |
| | | | | 06/30/2010 | Normal | | | | | 8.0 | 8.1 | 8.1 | Std Units |
| Independence Coal Com | WV1017152 | DUBC | 00981 - Selenium, Total Recover | 04/30/2010 | Normal | | | | | <2 | 6.95 | 13.9 | UG/L |
| | | | | 05/31/2010 | Normal | | | | | 6.09 | 8.02 | 9.95 | UG/L |
| | | | | 06/30/2010 | Normal | | | | | 7.42 | 8.32 | 9.21 | UG/L |
| Independence Coal Com | WV1017152 | DUBC | 01045 - Iron, Total (as Fe) | 04/30/2010 | Normal | | | | | <0.05 | <0.05 | <0.05 | MG/L |
| | | | | 05/31/2010 | Normal | | | | | <0.05 | <0.05 | <0.05 | MG/L |
| | | | | 06/30/2010 | Normal | | | | | <0.05 | <0.05 | <0.05 | MG/L |
| Independence Coal Com | WV1017152 | DUBC | 01055 - Manganese, Total (as Mn) | 04/30/2010 | Normal | | | | | <0.02 | 1.08 | 2.15 | MG/L |
| | | | | 05/31/2010 | Normal | | | | | <0.02 | <0.02 | <0.02 | MG/L |
| | | | | 06/30/2010 | Normal | | | | | <0.02 | <0.02 | <0.02 | MG/L |
| Independence Coal Com | WV1017152 | DUBC | 01105 - Aluminum, Total (as Al) | 04/30/2010 | Normal | | | | | 0.225 | 0.28 | 0.335 | MG/L |
| | | | | 05/31/2010 | Normal | | | | | 0.269 | 0.292 | 0.314 | MG/L |
| | | | | 06/30/2010 | Normal | | | | | 0.201 | 0.232 | 0.263 | MG/L |
| Independence Coal Com | WV1017152 | DUBC | 01106 - Aluminum, Diss. (as Al) | 04/30/2010 | Normal | | | | | 0.134 | 0.174 | 0.213 | MG/L |
| | | | | 05/31/2010 | Normal | | | | | 0.17 | 0.184 | 0.198 | MG/L |
| | | | | 06/30/2010 | Normal | | | | | 0.180 | 0.187 | 0.193 | MG/L |
| Independence Coal Com | WV1017152 | DUTB | 00061 - Stream Flow cfs | 04/30/2010 | Normal | 0.25 | 0.325 | 0.4 | CFS | | | | |

PLAINTIFFS' EXHIBIT 6

WVDEP - Office of Hydrologic Protection Unit (OMR)  
**DISCHARGE MONITORING REPORT**  
Covering the period from April 1, 2010 to July 1, 2010. and Sampler = "Lab"  
( 2 )Permit ID = "WV1017152"

08/19/2010 14:34  
Page 13 of 14

| Responsible Party | Permit Id | Insp. Unit | Chemical EPA | Report Date | DMR Type | Quantity | | | | Concentration | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Min. | Avg. | Max. | Unit | Min. | Avg. | Max. | Unit |
| Independence Coal Com | WV1017152 | DUTB | 00061 - Stream Flow cfs | 05/31/2010 | Normal | 0.164 | 0.313 | 0.462 | CFS | | | | |
| Independence Coal Com | WV1017152 | DUTB | | 06/30/2010 | Normal | 0.000 | 0.400 | 0.800 | CFS | | | | |
| Independence Coal Com | WV1017152 | DUTB | 00400 - pH | 04/30/2010 | Normal | | | | | 7.8 | 7.9 | 8 | Std Units |
| Independence Coal Com | WV1017152 | DUTB | | 05/31/2010 | Normal | | | | | 7.9 | 8 | 8 | Std Units |
| Independence Coal Com | WV1017152 | DUTB | | 06/30/2010 | Normal | | | | | 8.1 | 8.1 | 8.1 | Std Units |
| Independence Coal Com | WV1017152 | DUTB | 00981 - Selenium, Total Recover | 04/30/2010 | Normal | | | | | < 2 | 3.13 | 6.26 | UG/L |
| Independence Coal Com | WV1017152 | DUTB | | 05/31/2010 | Normal | | | | | 2.99 | 3.45 | 3.9 | UG/L |
| Independence Coal Com | WV1017152 | DUTB | | 06/30/2010 | Normal | | | | | 4.13 | 4.13 | 4.13 | UG/L |
| Independence Coal Com | WV1017152 | DUTB | 01045 - Iron, Total (as Fe) | 04/30/2010 | Normal | | | | | < 0.05 | < 0.05 | < 0.05 | MG/L |
| Independence Coal Com | WV1017152 | DUTB | | 05/31/2010 | Normal | | | | | < 0.05 | < 0.05 | < 0.05 | MG/L |
| Independence Coal Com | WV1017152 | DUTB | | 06/30/2010 | Normal | | | | | 0.22 | 0.22 | 0.22 | MG/L |
| Independence Coal Com | WV1017152 | DUTB | 01055 - Manganese, Total (as M | 04/30/2010 | Normal | | | | | < 0.02 | < 0.02 | < 0.02 | MG/L |
| Independence Coal Com | WV1017152 | DUTB | | 05/31/2010 | Normal | | | | | < 0.02 | < 0.02 | < 0.02 | MG/L |
| Independence Coal Com | WV1017152 | DUTB | | 06/30/2010 | Normal | | | | | 0.06 | 0.06 | 0.06 | MG/L |
| Independence Coal Com | WV1017152 | DUTB | 01105 - Aluminum, Total (as Al) | 04/30/2010 | Normal | | | | | 0.022 | 0.034 | 0.045 | MG/L |
| Independence Coal Com | WV1017152 | DUTB | | 05/31/2010 | Normal | | | | | 0.11 | 0.12 | 0.13 | MG/L |
| Independence Coal Com | WV1017152 | DUTB | | 06/30/2010 | Normal | | | | | 0.243 | 0.243 | 0.243 | MG/L |
| Independence Coal Com | WV1017152 | DUTB | 01106 - Aluminum, Diss. (as Al) | 04/30/2010 | Normal | | | | | < 0.02 | < 0.02 | < 0.02 | MG/L |
| Independence Coal Com | WV1017152 | DUTB | | 05/31/2010 | Normal | | | | | < 0.02 | < 0.02 | < 0.02 | MG/L |
| Independence Coal Com | WV1017152 | DUTB | | 06/30/2010 | Normal | | | | | < 0.020 | < 0.020 | < 0.020 | MG/L |
| Independence Coal Com | WV1017152 | UBC | 00061 - Stream Flow cfs | 04/30/2010 | Normal | 0.931 | 1.43 | 1.92 | CFS | | | | |
| Independence Coal Com | WV1017152 | UBC | | 05/31/2010 | Normal | 1.3 | 1.87 | 2.44 | CFS | | | | |
| Independence Coal Com | WV1017152 | UBC | | 06/30/2010 | Normal | 0.742 | 1.09 | 1.43 | CFS | | | | |
| Independence Coal Com | WV1017152 | UBC | 00400 - pH | 04/30/2010 | Normal | | | | | 8.1 | 8.2 | 8.2 | Std Units |
| Independence Coal Com | WV1017152 | UBC | | 05/31/2010 | Normal | | | | | 8.2 | 8.2 | 8.2 | Std Units |
| Independence Coal Com | WV1017152 | UBC | | 06/30/2010 | Normal | | | | | 8.2 | 8.2 | 8.2 | Std Units |
| Independence Coal Com | WV1017152 | UBC | 00981 - Selenium, Total Recover | 04/30/2010 | Normal | | | | | 6.66 | 7.31 | 7.95 | UG/L |
| Independence Coal Com | WV1017152 | UBC | | 05/31/2010 | Normal | | | | | 2.9 | 5.13 | 7.27 | UG/L |
| Independence Coal Com | WV1017152 | UBC | | 06/30/2010 | Normal | | | | | 4.31 | 5.69 | 7.07 | UG/L |
| Independence Coal Com | WV1017152 | UBC | 01045 - Iron, Total (as Fe) | 04/30/2010 | Normal | | | | | < 0.05 | < 0.05 | < 0.05 | MG/L |
| Independence Coal Com | WV1017152 | UBC | | 05/31/2010 | Normal | | | | | < 0.05 | < 0.05 | < 0.05 | MG/L |
| Independence Coal Com | WV1017152 | UBC | | 06/30/2010 | Normal | | | | | < 0.05 | 0.05 | 0.10 | MG/L |
| Independence Coal Com | WV1017152 | UBC | 01055 - Manganese, Total (as M | 04/30/2010 | Normal | | | | | < 0.02 | < 0.02 | < 0.02 | MG/L |
| Independence Coal Com | WV1017152 | UBC | | 05/31/2010 | Normal | | | | | < 0.02 | < 0.02 | < 0.02 | MG/L |

**PLAINTIFFS' EXHIBIT 6**

**WVDEP - Office of Hydrologic Protection Unit (OMR)**
**DISCHARGE MONITORING REPORT**

Covering the period from April 1, 2010 to July 1, 2010. and Sampler = "Lab"
( 2 )Permit ID = "WV1017152"

08/19/2010 14:34
Page 14 of 14

| Responsible Party | Permit Id | Insp. Unit | Chemical EPA | Report Date | DMR Type | Quantity | | | | Concentration | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Min. | Avg. | Max. | Unit | Min. | Avg. | Max. | Unit |
| Independence Coal Com | WV1017152 | UBC | 01055 - Manganese, Total (as Mn) | 06/30/2010 | Normal | | | | | <0.02 | 0.02 | 0.04 | MG/L |
| Independence Coal Com | WV1017152 | UBC | 01105 - Aluminum, Total (as Al) | 04/30/2010 | Normal | | | | | 0.047 | 0.093 | 0.139 | MG/L |
| | | | | 05/31/2010 | Normal | | | | | 0.058 | 0.083 | 0.107 | MG/L |
| | | | | 06/30/2010 | Normal | | | | | 0.080 | 0.135 | 0.190 | MG/L |
| Independence Coal Com | WV1017152 | UBC | 01106 - Aluminum, Diss. (as Al) | 04/30/2010 | Normal | | | | | 0.026 | 0.041 | 0.056 | MG/L |
| | | | | 05/31/2010 | Normal | | | | | <0.02 | 0.03 | 0.06 | MG/L |
| | | | | 06/30/2010 | Normal | | | | | <0.020 | 0.025 | 0.050 | MG/L |
| Independence Coal Com | WV1017152 | USLF | 00061 - Stream Flow cfs | 04/30/2010 | Normal | 0.03 | 0.055 | 0.08 | CFS | | | | |
| | | | | 05/31/2010 | Normal | 19 | 32 | 45 | CFS | | | | |
| | | | | 06/30/2010 | Normal | 11.0 | 35.5 | 60.0 | CFS | | | | |
| Independence Coal Com | WV1017152 | USLF | 00400 - pH | 04/30/2010 | Normal | | | | | 8.6 | 8.8 | 8.9 | Std Units |
| | | | | 05/31/2010 | Normal | | | | | 8.1 | 8.3 | 8.5 | Std Units |
| | | | | 06/30/2010 | Normal | | | | | 8.7 | 8.8 | 8.8 | Std Units |
| Independence Coal Com | WV1017152 | USLF | 00981 - Selenium, Total Recover | 04/30/2010 | Normal | | | | | <2 | 1.99 | 3.97 | UG/L |
| | | | | 05/31/2010 | Normal | | | | | <2 | <2 | <2 | UG/L |
| | | | | 06/30/2010 | Normal | | | | | <2.00 | 1.24 | 2.48 | UG/L |
| Independence Coal Com | WV1017152 | USLF | 01045 - Iron, Total (as Fe) | 04/30/2010 | Normal | | | | | 0.4 | 0.46 | 0.52 | MG/L |
| | | | | 05/31/2010 | Normal | | | | | 0.05 | 0.17 | 0.33 | MG/L |
| | | | | 06/30/2010 | Normal | | | | | 0.28 | 0.29 | 0.29 | MG/L |
| Independence Coal Com | WV1017152 | USLF | 01055 - Manganese, Total (as Mn) | 04/30/2010 | Normal | | | | | 0.09 | 0.13 | 0.17 | MG/L |
| | | | | 05/31/2010 | Normal | | | | | <0.02 | 0.06 | 0.11 | MG/L |
| | | | | 06/30/2010 | Normal | | | | | 0.11 | 0.11 | 0.11 | MG/L |
| Independence Coal Com | WV1017152 | USLF | 01105 - Aluminum, Total (as Al) | 04/30/2010 | Normal | | | | | 0.161 | 0.174 | 0.186 | MG/L |
| | | | | 05/31/2010 | Normal | | | | | 0.15 | 0.181 | 0.211 | MG/L |
| | | | | 06/30/2010 | Normal | | | | | 0.076 | 0.166 | 0.255 | MG/L |
| Independence Coal Com | WV1017152 | USLF | 01106 - Aluminum, Diss. (as Al) | 04/30/2010 | Normal | | | | | 0.086 | 0.102 | 0.117 | MG/L |
| | | | | 05/31/2010 | Normal | | | | | 0.058 | 0.088 | 0.117 | MG/L |
| | | | | 06/30/2010 | Normal | | | | | 0.053 | 0.087 | 0.121 | MG/L |

**PLAINTIFFS' EXHIBIT 6**