

**west virginia department of environmental protection**

Division of Mining and Reclamation
601 57th Street, SE
Charleston, WV 25304
Phone: 304-926-0499
Fax:   304-926-0456

Joe Manchin III, Governor
Randy C. Huffman, Cabinet Secretary
dep.wv.gov

March 8, 2010          **<u>Certified Return Receipt</u>**

Independence Coal Company Inc
782 Robinson Creek Road
Madison, WV 25130

      Re:    Application for Modification No. 15
             Of NPDES Permit No. WV1017152
             Seeking Extension of a Compliance Schedule
             For Selenium

Dear Permittee:

      This letter is to advise you of the West Virginia Department of Environmental Protection's decision to DENY your application for Modification No. 15 of NPDES Permit No. WV1017152, seeking an extension of the compliance schedule for selenium that is part of this permit. The authorization you previously received to advertise a draft permit granting this modification was given prematurely, before a decision had been made by the WVDEP to proceed on this course of action.

      The WVDEP finds that "good cause" to grant an extension of the existing selenium compliance schedule, as required by 47 C.S.R. § 30 - 8.2.c.2.D, does not exist in the case of this application and this permit. During the time of the existing compliance schedule, you have not taken any on-the-ground action on this permit to implement your compliance plan or to otherwise bring selenium in your effluent into compliance with water quality standards or effluent limitations. By your failure to undertake any action to comply during the existing compliance schedule, the WVDEP cannot conclude that events over which you have little or no control have prevented you from complying.

      You may appeal this decision to the Environmental Quality Board in accordance with West Virginia Code §§ 22B-1-1 through -12.

                                              Thomas L. Clarke, Director
                                              Division of Mining and Reclamation

cc:   Environmental Inspector
       Regional Office File
       Headquarters NPDES File

Promoting a healthy environment.

**PLAINTIFFS' EXHIBIT 8**