WEST VIRGINIA ENVIRONMENTAL QUALITY BOARD
CHARLESTON, WEST VIRGINIA

JACKS BRANCH COAL COMPANY,

    Appellant,

v.                                                       Appeal No. _____

DIRECTORS, DIVISION OF WATER AND
WASTE MANAGEMENT AND DIVISION OF
MINING AND RECLAMATION, DEPARTMENT
OF ENVIRONMENTAL PROTECTION,

    Appellee.

## NOTICE OF APPEAL AND REQUEST FOR STAY

Action Complained Of: The appellant(s) named above respectfully represent(s) that it is aggrieved by:

    1.    WVDEP's three orders of March 24, 2010 to Jacks Branch Coal Company concerning Modification Nos. 16 on NPDES Permit No. WV0093912; Modification No. 18 on NPDES Permit No. WV0093929; and Modification No. 23 on NPDES Permit No. WV1012452; and

    2.    WVDEP's order of March 25, 2010 (attached) concerning the compliance date of April 5, 2010 for meeting selenium limits on Jacks Branch Coal Company Permit No. WV0093912.

Relief Requested: The appellant therefore prays that this matter be reviewed and that the Board grant the following relief:

    1.    That WVDEP's decision to deny the above-listed modification requests be reversed and granted.

{C1730597.1}

2.      That WVDEP's orders of March 25, 2010 imposing final compliance date of April 5, 2010 and abrogating later compliance dates included in "Attachment A" issued by WVDEP with Compliance Orders of April 5, 2007, be reversed and the compliance dates included in the "Attachment A" be re-instated.  In the interim, Appellants request a stay as set forth in the attached order.

Specific Objections: The specific objections to the action, including questions of fact and law to be determined by the Board, are set forth below:

1.      WVDEP's decisions to deny the modification requests were arbitrary, capricious and unlawful;

2.      WVDEP's order of March 25, 2010 is arbitrary, capricious and unlawfully altered Jacks Branch's effluent limits without prior notice and in contravention of the Water Pollution Control Act.

Amendment of this Notice of Appeal may be had only by leave of the Board, and only for good cause shown.

Dated this ___1st___ day of ___April___, 2010.

JACKS BRANCH COAL COMPANY

By Counsel

_____
ROBERT G. McLUSKY, WVBN 2489
JACKSON KELLY, PLLC
1600 Laidley Tower
Post Office Box 553
Charleston, West Virginia 25322
*Counsel for Jacks Branch Coal Company*

{C1730597.1}            2

WEST VIRGINIA ENVIRONMENTAL QUALITY BOARD
CHARLESTON, WEST VIRGINIA

JACKS BRANCH COAL COMPANY,

    Appellant,

v.                                                                     Appeal No. _____

DIRECTORS, DIVISION OF WATER AND
WASTE MANAGEMENT AND DIVISION OF
MINING AND RECLAMATION, DEPARTMENT
OF ENVIRONMENTAL PROTECTION,

    Appellee.

## CERTIFICATE OF SERVICE

    I, Robert G. McLusky, do hereby certify that a true and exact copy of the foregoing NOTICE OF APPEAL AND REQUEST FOR STAY was caused to be served upon the following via United States mail, postage pre-paid, this 1st day of April, 2010.

        Raymond S. Franks II
        Acting Chief
        Office of Legal Services
        West Virginia Department of Environmental Protection
        601 57th Street, SE
        Charleston, WV  25304

                                        _____
                                        ROBERT G. McLUSKY

{C1730597.1}