WEST VIRGINIA ENVIRONMENTAL QUALITY BOARD
CHARLESTON, WEST VIRGINIA

JACKS BRANCH COAL COMPANY,

    Appellant,

v.                                                                                    Appeal No. _____

DIRECTORS, DIVISION OF WATER AND
WASTE MANAGEMENT AND DIVISION OF
MINING AND RECLAMATION, DEPARTMENT
OF ENVIRONMENTAL PROTECTION,

    Appellee.

### ORDER GRANTING APPELLANT'S MOTION FOR STAY

Pending before this Board is a Motion for Stay filed by Appellant Jacks Branch Coal Company. The Appellant's Motion seeks a stay of: (1) the Department of Environmental Protection's ("DEP") denial of its NPDES modification applications as set forth in the March 24, 2010 letters to the Appellant which is the subject of this Appeal ("Denial Orders"); and (2) the implementation of the Denial Orders, by staying the April 5, 2010 or other deadline set forth in the Appellant's existing compliance schedules for bring the subject discharges into compliance with final water quality-based effluent limits ("WQBELs") for selenium.

The orders denied Appellant's permit modification applications to extend the respective compliance schedules for achieving compliance with water quality-based effluent limits until the July 1, 2012 deadline established by the West Virginia Legislature in W.Va. Code § 22-11-06 (2009). Appellant seeks a stay because implementation of the Denial Orders would result in final selenium effluent limits becoming effecting in April and May 2010 under the compliance schedules for the Appellant's permits.

Finding it necessary to allow the Appellant the opportunity to properly prepare for and conduct a proper evidentiary hearing on the grounds for appeal set forth in Appellant's

{C1730906.1}

Notice of Appeal and Request for Stay, the Board finds it proper to grant the motion for stay. The Board finds that to allow the compliance schedules to expire prior to a decision by this Board on the appeal of the DEP's decision would result in a violation of the due process rights of the Appellant. Therefore, the Board STAYS each of the March 24, 2010 letters (Denial Orders) under appeal and, in order to stay the implementation of the Denial Orders, STAYS those parts of the Appellant's permits and/or compliance schedules that would otherwise impose final selenium effluent limits beginning on April 5, 2010 until further order or final order of this Board.

It is so ORDERED and ENTERED this 1st day of April, 2010.

EDWARD M. SNYDER, CHAIRMAN

{C1730906.1}

**ENVIRONMENTAL QUALITY BOARD**
**CHARLESTON, WEST VIRGINIA**

**JACKS BRANCH COAL COMPANY,**

    Appellant,

v.                                                                                       Appeal No. 10-16-EQB

**DIRECTORS, DIVISION OF WATER AND**
**WASTE MANAGEMENT AND DIVISION**
**OF MINING AND RECLAMATION,**
**DEPARTMENT OF ENVIRONMENTAL**
**PROTECTION,**

    Appellees.

**CERTIFICATE OF SERVICE**

    This is to certify that I, Jackie D. Shultz, Clerk for the Environmental Quality Board, have this day, the 2ND day of April, 2010, served a true copy of the foregoing **"Order for Continuance and Notice of Hearing," "Notice of Prehearing Conference"** and **"ORDER"** to all parties in Appeal No. 10-16-EQB, by mailing the same via United States Mail, with sufficient postage, to the following address:

*via certified first-class mail:*

Robert G. McLusky, Esquire                                         *Certified Mail # 91 7108 2133 3937 0943 8650*
Jackson Kelly PLLC
PO Box 553
Charleston, WV 25322-0553

*via personal service:*

Thomas L. Clarke, Director
Division of Mining and Reclamation
WV Department of Environmental Protection
601 57th Street, S.E.
Charleston WV 25304

Scott G. Mandirola, Esquire
Division of Water and Waste Management
WV Department of Environmental Protection
601 57th Street, S.E.
Charleston, WV 25304

A. M. "Fenway" Pollack, Esquire
Office of Legal Services
WV Department of Environmental Protection
601 57th Street, S.E.
Charleston WV 25304

                                                                                   Jackie D. Shultz, Clerk