IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT HUNTINGTON

OHIO VALLEY ENVIRONMENTAL
COALITION, INC.; WEST VIRGINIA
HIGHLANDS CONSERVANCY, INC.;
COAL RIVER MOUNTAIN WATCH, INC.
and SIERRA CLUB

      Plaintiffs,

v.                                     CIVIL ACTION NO. 3:10-cv-0836

INDEPENDENCE COAL COMPANY, INC.
and JACKS BRANCH COAL COMPANY,

      Defendants.

## JOINT MOTION TO BIFURCATE
## PENALTY ISSUES FROM REMEDY ISSUES

As suggested by the Court in *Ohio Valley Environmental Coalition, Inc., et al. v. Coal-Mac, Inc., et al.,* Civil Action No. 3:10-cv-0833, the need for economic testimony on civil penalty issues may be unnecessarily complicated until remedies are identified for particular discharge outlets. As a result, the parties jointly ask this Court to bifurcate the presentation of evidence on the economic benefit component of any civil penalty from the remedy issues and delay presentation of the economic benefit evidence until a later date.

| | |
|---|---|
| */s/ Derek O. Teaney* | */s/Robert G. McLusky* |
| Derek O. Teaney, WVBN 10223 | Robert G. McLusky, WVBN 2489 |
| Joseph M. Lovett, WVBN 6926 | Pamela Dawn Tarr, WVBN 3694 |
| Appalachian Center for the Economy | Christopher M. Hunter, WVBN 9726 |
|    and the Environment | Jackson Kelly, PLLC |
| P.O. Box 507 | 1600 Laidley Tower |
| Lewisburg, WV 24901 | P. O. Box 553 |
| | Charleston, WV  25322 |
| *Counsel for Plaintiffs* | |
| | *Counsel for Defendants* |

{C2107750.1}

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT HUNTINGTON

**OHIO VALLEY ENVIRONMENTAL**
**COALITION, INC.; WEST VIRGINIA**
**HIGHLANDS CONSERVANCY, INC.;**
**COAL RIVER MOUNTAIN WATCH, INC.**
**and SIERRA CLUB**

      **Plaintiffs,**

v.                                                          CIVIL ACTION NO. 3:10-cv-0836

**INDEPENDENCE COAL COMPANY, INC.**
**and JACKS BRANCH COAL COMPANY,**

      **Defendants.**

### CERTIFICATE OF SERVICE

      I, Robert G. McLusky, do hereby certify on July 27, 2011, I electronically filed the foregoing JOINT MOTION TO BIFURCATE PENALTY ISSUES FROM REMEDY ISSUES with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

      Derek O. Teaney
      Joseph M. Lovett
      Appalachian Center for the Economy & the Environment
      P.O. Box 507
      Lewisburg, WV 24901

                                                   /s/*Robert G. McLusky*