IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

OHIO VALLEY ENVIRONMENTAL
COALITION, INC., et al.,

          Plaintiffs,

v.                                   CIVIL ACTION NO. 3:10-0836

INDEPENDENCE COAL COMPANY, INC., et al.,

          Defendants.

**ORDER**

Pending before the Court is the Parties' Joint Motion to Bifurcate Penalty Issues From Remedy Issues (ECF 126). For reasons apparent to the Court, this motion is **GRANTED**. The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

                        ENTER:     July 28, 2011

                        ROBERT C. CHAMBERS
                        UNITED STATES DISTRICT JUDGE