IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

OHIO VALLEY ENVIRONMENTAL
COALITION, INC., et al.,

        Plaintiffs,

v.                                          CIVIL ACTION NO. 3:10-0836

INDEPENDENCE COAL COMPANY, INC., et al.,

        Defendants.

**ORDER**

The Court has been advised by counsel of the pending settlement of the remaining issues in this action. Counsel anticipate submitting a proposed consent decree shortly. Accordingly, the Court **CONTINUES** the final settlement conference and trial currently scheduled for this week pending further order of the Court and **SCHEDULES** a telephonic status conference for **August 22, 2011** at **1:15 P.M.** If, during the status conference, it appears the parties are unable to settle the remaining claims, the Court will then schedule a new trial date. The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

                                  ENTER:      August 9, 2011

                                  ROBERT C. CHAMBERS
                                  UNITED STATES DISTRICT JUDGE